IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMBER HATCHER, and GREGORY
HATCHER, by her next friend
    Plaintiffs,

vs.                              Case Number: 2:13-cv-138-Ftm-99DNF

DESOTO COUNTY SCHOOL DISTRICT
BOARD OF EDUCATION and ADRIAN CLINE,
as Superintendent of DeSoto County School District,
SHANNON FUSCO, as DeSoto County High
School Principal, and ERMATINE JONES, as DeSoto
County High School Dean of Students, in their personal
and official capacities, and their successors in office,
    Defendants.

---

## DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL TO COMPLAINT

COME NOW, the Defendants, ERMATINE JONES and ADRIAN CLINE, and hereby file their Answer and Affirmative Defenses to Plaintiff's Complaint, and in support thereof, state the following:

### PARTIES

1. Without knowledge, therefore denied.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Admit for Jurisdictional purposes only.

10. Admitted.

## FACTS

11. Denied.

12. Denied.

13. Denied.

14. Without knowledge, therefore denied.

15. Without knowledge, therefore denied.

16. Without knowledge, therefore denied.

17. Without knowledge, therefore denied.

18. Without knowledge, therefore denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

## COUNT I

63. Defendants repeat their responses to 1-62 as previously pled.

64. Denied.

65. Denied.

66. Denied.

67. Admitted.

68. Denied.

69. Denied.

70. Denied.

71. Denied.
72. Denied.
73. Denied.
74. Denied.
75. Denied.
76. Denied.
77. Denied.
78. Denied.
79. Denied.
80. Denied.
81. Denied.
82. Denied.
83. Denied.
84. Denied.
85. Denied.
86. Denied.
87. Denied.
88. Denied.
89. Denied.
90. Denied.
91. Denied.
92. Denied.

93. Denied.

94. Denied.

## COUNT II

95. Defendants repeat their responses to 1-62 as previously pled.

96. Denied.

97. Denied.

## COUNT III

98. Defendants repeat their responses to 1-62 as previously pled.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

## COUNT IV

112. Defendants repeat their responses to 1-62 as previously pled.

113. Denied.

114. Denied.

115. Denied.

## COUNT V

116. DEFENDANT, ADRIAN CLINE repeats his responses to 1-62 as previously pled. DEFENDANT, ERMATINE JONES need not answer the allegations in Count V as they are not directed towards her, however denies same.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

## COUNT VI

124. DEFENDANT, ADRIAN CLINE repeats his responses to 1-62 as previously pled. DEFENDANT, ERMATINE JONES need not answer the allegations in Count VI as they are not directed towards her, however denies same.

125. Denied.

126. Denied.

127. Denied.

## COUNT VII

128. DEFENDANT, ADRIAN CLINE repeats his responses to 1-62 as previously pled. DEFENDANT, ERMATINE JONES need not answer the allegations in Count VII as they are not directed towards her, however denies same.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

## COUNT VIII

133. Defendants repeat their responses to 1-62 as previously pled.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

## COUNT IX

142. Defendants repeat their responses to 1-62 as previously pled.

00182773.DOCX

143. Denied.

144. Denied.

145. Denied.

## COUNT X

146. Defendants repeat their responses to 1-62 as previously pled.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

## DEMAND FOR JURY TRIAL

Defendants, ERMATINE JONES and ADRIAN CLINE, demand a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendants are entitled to qualified immunity for all claims made against them.

### Second Affirmative Defense

Defendants state that injunctive relief is not available as to claims made against them in their individual capacity.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to **Nancy J. Faggianelli, Esquire** (nfaggianelli@carltonfields.com), CARLTON FIELDS, P.A., 4221 West Boy Scout Boulevard, Suite 1000, Tampa, Florida 33601 and **Elizabeth Lynn Littrell, Esquire** (BLittrell@lambdalegal.org), LAMBDA LEGAL EDUCATION AND DEFENSE FUND, Southern Regional Office, 730 Peachtree Street N.E., Suite 1070, Atlanta, Georgia 30308.

/s/JEFFREY D. JENSEN
T.R. UNICE, JR., ESQUIRE
Florida Bar Number: 358169 -  trunice@unicesalzman.com
**JEFFREY D. JENSEN, ESQUIRE**
Florida Bar Number: 0021017 - jjensen@unicesalzman.com
**UNICE SALZMAN, P.A.**
2570 Coral Landings Boulevard, Suite 201
Palm Harbor, Florida 34684
Phone (727)723-3772
Fax (727)723-1421
Attorneys for Defendants