UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMBER HATCHER, by and through her
next friend, Gregory Hatcher,

    Plaintiffs,

v.    Case No:  2:13-cv-138-FtM-38DNF

DESOTO COUNTY SCHOOL
DISTRICT BOARD OF EDUCATION,
SHANNON FUSCO, ERMATINE
JONES and ADRIAN CLINE,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Appoint Magistrate Judge to Conduct Mediation and Unopposed Motion for Extension of Deadline to Conduct Mediation (Doc. #105) filed on October 30, 2013.  Defendants' Response in Opposition (Doc. #191) was filed on November 1, 2013.  On November 6, 2013, the Court held a telephonic hearing with the Parties to discuss the issues raised in the Motion.  Based upon the reasons cited by the Court at the hearing, the Court will extend the mediation deadline in this case to January 31, 2014.  Mediation before a private mediator must occur by this date.  The Court will deny the request for a magistrate judge to mediate this case at this time but is open to ordering mediation before a magistrate judge if this case does not settle by the mediation deadline.

    Accordingly, it is now

    **ORDERED:**

Plaintiff's Motion to Appoint Magistrate Judge to Conduct Mediation and Unopposed Motion for Extension of Deadline to Conduct Mediation (Doc. #105) is **GRANTED in part and DENIED in part**.

    a. The request for extension of the mediation deadline is **GRANTED**. The mediation deadline is extended to **January 31, 2014**.

    b. The request for the Court to appoint a magistrate judge to conduct mediation is **DENIED** at this time.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of November, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record