Thursday, March 29th, 2012

Dear Mrs.Fusco, (and anyone else who this may concern)

The national Day of Silence (DOS) is an organized event to peacefully and silently protest anti-Lesbian, Gay, Bisexual, and Transgender (LGBT) bullying. This year, DOS is on April 20th, 2012. This event was attempted by students at the school last year without approval from administration. I would like to prevent a repeat performance this year by gaining your approval and allowing the DOS to be a school-sanctioned event.

This does not mean that you'll have to do anything- in fact, I'll most likely be doing most of the legwork for the event. We just sincerely hope that you'll allow us to participate in the DOS without resistance from Administration. I've personally researched the legal rights of the students and actively acknowledge that there are restrictions in place. According to Lambda Legal, "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause." However, this right to free speech doesn't extend to classroom time. "If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer."

We don't want the DOS to interfere with your teachers' lessons. Our goal is not to affect the learning experience of our fellow students- if anything, we want to educate. The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. Our silence symbolizes that which members of the LGBT community face when confronted about their sexuality by peers, family members, and others. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem and let students who experience such bullying know that they are not alone and ask schools to take action to address the problem. Why shouldn't we?

The day is a positive educational experience. The DOS is an opportunity for students to work toward improving school climate for all students. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school. How positive and uplifting would a day of peaceful protestation against

**EXHIBIT 9**

anti-LGBT bullying be?

Enclosed is an official letter from Christine P.SUN, a senior council member of the ACLU LGBT Project

I know that you are a busy woman, Mrs.Fusco, and I think I'll wrap it up from here. Thank you for your time and consideration. For more information on the DOS, please visit http://www.dayofsilence.org .
Sincerely,

*Amber Hatcher*

Amber Hatcher,
A hopeful student.

DESOTO/CLINE/FUSCO/JONES000049

LEGAL DEPARTMENT
LESBIAN GAY
BISEXUAL
TRANSGENDER &
AIDS PROJECT


AMERICAN CIVIL LIBERTIES UNION FOUNDATION

January 28, 2011

Dear Principal or Educator,

We are writing in support of students at your school who would like to participate in the Day of Silence. The Day of Silence project (www.dayofsilence.org) is one of the largest student-led actions in the country. The purpose is to silently and peacefully protest anti-lesbian, gay, bisexual, and transgender (LGBT) bullying, harassment, and name calling. As evidenced by recent tragedies, awareness and attention to this issue is needed now more than ever. Because students who are targeted for anti-gay or anti-transgender bullying often do not identify as LGBT, the Day of Silence represents a peaceful protest of a problem that affects *all students no matter their sexual orientation or gender identity*.

On April 15, 2011 students will be taking a vow of silence to represent the silence faced by LGBT people and their allies everyday. Typically, on the Day of Silence, rather than speaking, participants hand out "speaking cards" explaining their reasons for remaining silent throughout the day. There are numerous ways in which Day of Silence participants can meet their academic responsibilities without speaking. With the support of teachers, students could lead or take part in a "silent lesson" or complete a written assignment.

We hope that your administration will support the students who wish to participate in the Day of Silence. The Day of Silence is an opportunity for students to take the initiative to teach one another about diversity, respect and safety for all students. Students gain leadership skills, provide a valuable service to the school community and empower themselves by realizing their ability to make a difference in their school.

If you are unwilling to accommodate the students' desire to remain silent during classroom instruction, we hope that you will nonetheless support them in the peaceful expression of their beliefs (for example, through t-shirts or the "speaking cards" or other materials about the Day of Silence) during the non-curricular portions of the school day. Although you may be concerned that other students may react disruptively to the Day of Silence, school officials may not prohibit students from engaging in speech out of "an urgent wish to avoid the controversy which might result from the expression." *Tinker v. Des Moines*, 393 U.S. 505, 510-11 (1969). Nor may school officials censor student expression out of "a mere desire to avoid the discomfort and unpleasantness that always accompany an unpopular viewpoint." *Id.* at 509; *see also Cox v. Louisiana*, 379 U.S. 536, 551 (1965) (holding that "constitutional rights may not be denied simply because of hostility to their assertion or exercise.").

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

OFFICERS AND DIRECTORS

Moreover, as a recent decision by a federal court made clear, student speech that promotes the fair and equal treatment of LGBT people is constitutionally protected political speech. *See Gillman v. School Board for Holmes County,* 567 F.Supp.2d 1359 (N.D.Fla. 2008). The court explained, "political speech involving a controversial topic such as homosexuality is likely to spur some debate, argument, and conflict. Indeed, the issue of equal rights for citizens who are homosexual is presently a topic of fervent discussion and debate within the courts, Congress, and the legislatures of the States, including Florida. The nation's high school students, some of whom are of voting age, should not be foreclosed from that national dialogue." *Id.* After a two day trial, the court issued an injunction against the school district and ultimately the district had to pay $325,000 in attorneys' fees to the student-plaintiff.

If you have a reasonable belief that other students may react hostilely to those who are participating in the Day of Silence, we encourage you to take appropriate security measures to punish the disruptive students and to protect those students who are peacefully engaging in their right to free expression. The law is clear that school officials may not censor peaceful expression solely because other students will have a hostile reaction. *See Butts v. Dallas Indep. Sch. Dist.,* 436 F.2d 728, 731 (5th Cir. 1971) ("We do not agree that the precedential value of the *[Tinker]* decision is nullified whenever a school system is confronted with disruptive activities or the possibility of them. Rather we believe that the Supreme Court has declared a constitutional right which school officials must nurture and protect and not extinguish, unless they find the circumstances allow them no practical alternative."); *Holloman v. Harland,* 370 F.3d 1252 (11th Cir. 2004) (concluding that school officials have the duty to punish disruptive behavior, not prohibit the plaintiff's speech, because "allowing a school to curtail a student's freedom of expression based on such factors turns reason on its head.").

Please do not hesitate to contact the Project if you have any questions about the above or if we can be of any assistance to you. We can be reached via email at getequal@aclu.org.

Very Truly Yours,

Christine P. Sun
Senior Counsel
ACLU LGBT Project