## 70.02 GENERAL POWERS.

The Superintendent, in keeping with applicable statutes and regulations, shall have the following general powers:

(A) General oversight;

(B) Advise, counsel and recommend to the School Board;

(C) Recommend policies;

(D) Recommend and execute rules and regulations;

(E) Recommend and execute minimum standards;

(F) Perform duties and exercise responsibilities.
(SBP CB, passed 12-12-1989; Am. 9-13-1994; Am. 3-23-1999)

EXHIBIT

**70.03 DUTIES AND RESPONSIBILITIES.**

The Superintendent shall have the following duties and responsibilities. The Superintendent shall:

(A)  Assist in the organization of the Board;

(B)  Call and attend all regular and special meetings of the Board;

(C)  Keep all minutes of official actions of the Board and maintain all required records for the Board;

(D)  Act as custodian of school property;

(E)  Supervise the assembling of data and sponsor studies and surveys essential to the development of a planned school program for the entire District. The Superintendent shall prepare both the annual and five-year plans for recommendation to the Board;

(F)  Recommend the establishment or abolition, organization and operation of such schools, classes and services as are needed to provide adequate educational opportunities for all children in the District;

(G)  Recommend to the Board positions, qualifications and nomination, compensation, salary schedules, contracts and terms of service for employees and employee candidates. The Superintendent shall be responsible for directing the work of employees, recommending transfers and promotions, suspensions and dismissals to the Board or in emergency situations effecting such transfers or suspensions as required by law;

(H)  Be responsible for child welfare as to attendance, health, safety, control, school age accounting and other matters;

(I)  Recommend plans for textbooks and other instructional aides as will result in general improvement of the school system;

(J)  Recommend pupil transportation to the School Board which, if and as approved or modified, shall be operated under the direction of the Superintendent;

(K)  Recommend and execute all school plant programming if and as approved or modified by the School Board;

(L)  Recommend measures to the School Board to assure adequate educational facilities throughout the District which shall include adherence to state statutes and Department of Education Rules;

(M)  Recommend such records as should be kept in addition to those prescribed by rules of the State Board of Education; prepare forms for keeping such records as are approved by the district school board; ensure that such records are properly kept; and make all reports that are needed or required.

(N)  Recommend plans for cooperating with federal, state, county and municipal agencies in the enforcement of laws and rules pertaining to all matters relating to education and child welfare which shall include migrant child reporting;



2

(O) The Superintendent shall also require that all laws and rules of the State Board and supplementary rules of the School Board be followed. The Superintendent shall report to the School Board any violation he or she is a unable to correct under this provision;

(P) The Superintendent shall cooperate with the School Board in every manner practicable to the end that the District school system may continuously be improved;

(Q) The Superintendent shall visit the schools to observe all phases of the operation to include management and instruction, then with a view to correction or improvement, advise as necessary;

(R) The Superintendent shall call and conduct institutes and conferences as directed by the Florida Statues and attend such conferences for superintendents as are called by the Department of Education so that he or she may function most efficiently;

(S) The Superintendent shall recommend the revocation of any certificate for good cause and shall include a full statement of the reason for his or her recommendation;

(T) The Superintendent shall recommend to the School Board procedures to inform the general public as to the programs, needs and objectives of the public education within the District;

(U) The Superintendent shall leave with the School Board upon leaving office and also make available to his or her successor a complete inventory of all property, also all official records and other records as are needed for the operation of the School District;

(V) The Superintendent shall perform such other duties as may be assigned to him or her by law or the State Board of Education.
(SBP CB, passed 12-12-1989; Am. 9-13-1994; Am. 3-23-1999)
***School code reference:***
*General authority, see F.S. §§ 1001.32, 1001.33, 1001.41, 1001.46, 1001.49, 1001.51*

## 71.01 DISTRICT-WIDE PROFESSIONAL STAFF UNDER SUPERVISION OF DISTRICT SUPERINTENDENT.

The district-wide professional staff, composed of general supervisors, special supervisors and district-wide instructional employees, coordinators and directors and all district-wide personnel whose employment requires of them professional educational certification works under the direct supervision of the District Superintendent.
(SBP CD, passed 12-12-1989; Am. 9-13-1994; Am. 4-27-1999)

## 210.03 STUDENT DISTRIBUTION OF LITERATURE AND MATERIALS.

District schools are nonpublic forums. Only students enrolled at a specific school shall be permitted to distribute material under this rule. Students have the right to express their opinion and points of view subject to reasonable time, place and manner limitations consistent with law. Students shall obtain prior approval from the Principal to distribute material.

(A) Approval for distribution of material shall be granted unless the Principal determines that the material is lewd or obscene, promotes disruption of the orderly operation of the school, contains statements which may be libelous or slanderous, contains statements which invade personal rights of privacy, may cause embarrassment or ridicule to students or others and/or advocates violence or illegal activity. Nothing in this provision shall be interpreted to prohibit the distribution of religious or political literature, provided such material does not otherwise violate the limitations contained herein.

(B) Approval shall be granted or denied within a reasonable time of submittal of the material for approval.

(C) Material shall only be distributed prior to the beginning of the school day, during the student's school lunch period, during class change time or following the end of the student's school day. Distribution location(s) on the campus shall be designated by the Principal. Distribution shall be permitted prior to the beginning of the student attendance day following the end of the student attendance day and during the student's school lunch period.

(D) Distribution shall be conducted in an orderly manner and shall not disrupt school operation.

(E) Students who distribute material without prior approval at time(s) or location(s) other than authorized herein may be disciplined in accordance with procedures as stated in the Student Conduct and Discipline Code.

(F) Students shall not bring printed material on campus which is lewd or obscene, promotes disruption of the orderly operation of the school, contains statements which may be libelous or slanderous, contain statements which invade personal rights of privacy, may cause personal embarrassment or ridicule to students, school faculty and/or staff or that advocates violence or illegal activity.
(SBP KJA, passed 2-24-1998; Am. 3-23-1999)
*School code reference:*
    *General authority, see F.S. § 1001.41*



3

## The Truth about the Day of Silence

http://www.dayofsilence.org/truth/index.html

Every year, more and more students participate in the Day of Silence, which began 13 years ago when University of Virginia students wanted to find a way to bring attention to anti-LGBT name-calling, bullying and harassment on campus. As the day's popularity and exposure have increased, many misperceptions have spread about what the Day of Silence is, why the day exists and what participating in it means. Here are 4 truths that address common misinformation about the Day of Silence.

**1** The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem, let students who experience such bullying know that they are not alone and ask schools to take action to address the problem.

**2** Hundreds of thousands of students of all beliefs, backgrounds and sexual orientations participate in the Day of Silence. Anti-LGBT bullying and harassment affects all students. Slurs such as "faggot" and "dyke" are commonplace in school. The Day of Silence is an example of students, from middle school to college, working together proactively to bring attention to the anti-LGBT name-calling, bullying and harassment experienced by LGBT and straight students alike. GLSEN, the Day of Silence's organizational sponsor, encourages participants to be counted by registering at www.dayofsilence.org. Students from nearly 8,000 middle and high schools registered for the 2008 Day of Silence. GLSEN protects the privacy of students and does not publish a list of students who have registered or their schools. Many students who participate also belong to Gay-Straight Alliance student clubs, of which nearly 4,000 are registered with GLSEN. The first GSA was created by a straight student over 20 years ago, in the fall of 1988.

**3** Day of Silence participants encourage schools to implement proven solutions to address anti-LGBT name-calling, bullying and harassment. Adopt and implement a comprehensive anti-bullying policy that enumerates categories such as race, gender, ethnicity, religion, sexual orientation and gender expression/identity. Provide staff trainings to enable school staff to identify and address anti-LGBT name-calling, bullying and harassment effectively and in a timely manner. Support student efforts to address


EXHIBIT

DESOTO/CLINE/FUSCO/JONES000002

anti-LGBT bullying and harassment on campus, such as the formation of a Gay-Straight Alliance. Institute age-appropriate, factually accurate and inclusive curricula to help students understand and respect difference within the school community and society as a whole.

# 4

The day is a positive educational experience. The Day of Silence is an opportunity for students to work toward improving school climate for all students. GLSEN advises students interested in participating to discuss their intentions with their administration and teachers long before the event. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school.

For the latest GLSEN findings about anti-LGBT bullying and harassment and the school experience go to: www.glsen.org/research

DESOTO/CLINE/FUSCO/JONES000003

## FW: FYI - Student Club

**Steele, Mike**
**Sent:** Tuesday, March 01, 2011 10:56 AM
**To:** Cline, Adrian

Superintendent Cline,
I received word yesterday afternoon that a student is going to ask about starting a club listed below. My initial response was going to be a "NO", but in reading the information below, I thought I would bring you into the loop.

Mr. Steele

---

**From:** Corso, Mary
**Sent:** Tuesday, March 01, 2011 10:42 AM
**To:** Steele, Mike
**Subject:** FYI - Student Club

Hello! I asked my student Jordan Johnson if she spoke to you yet regarding the G.S.A. club (Gay/Lesbian). She said not yet but that she is ready with a back up plan in case her proposal is denied. It is called the Equal Access Act and it protect these clubs from being prohibited in schools........ M.

# Equal Access Act

The Equal Access Act is a United States federal law passed in 1984 to combat discrimination against student religious groups in public high schools.

If a school receives federal aid and has a "limited open forum," or at least one student-led non curriculum club that meets outside of class time, it must allow additional such clubs to be organized, and must give them equal access to meeting spaces and school publications. Exceptions can be made for groups that "materially and substantially interfere with the orderly conduct of educational activities within the school," and a school can technically "opt out" of the act by prohibiting all non curriculum clubs.

It was ruled constitutional by the Supreme Court in 1990 in the case Board of Education of Westside Community Schools v. Mergens, and the school was ordered to allow a student Christian group to meet.

More recently, the Equal Access Act has been used to fight opposition to Gay-Straight Alliances in high schools across the nation. Administration in high schools who have opposed the formation of Gay-Straight Alliances, and formally denied their organizers privileges and the right to assemble, found themselves being sued and caught in legal disputes. The State Supreme Courts have always ruled in favor of the Gay-Straight Alliance, stating that the particular school must either allow the Gay-Straight Alliance, or ban all non-curriculum groups from assembling on school property. If a Supreme Court were not to rule in favor of a Gay-Straight Alliance, they would give complete disregard to the Equal Access Act, which could result in the loss of multitudes of different after school clubs, groups, and/or organizations.

**EXHIBIT**

5

DESOTO/CLINE/FUSCO/JONES000114

## FW: students wearing packards today
**Fusco, Shannon**
**Sent:** Friday, April 15, 2011 10:58 AM
**To:**  Lewis, Jan; Barnwell, Melba
**Cc:**  Steele, Mike; Fusco, Shannon

Fyi-
Mr. Diehl and I have spoken to several students personally and notified the teachers of this group demonstrating today. I believe it is a gay/lesbian organization; I didn't list the name in the email to the teachers because I couldn't remember the full name, and the name is not important: any group follows the same rules.
sdf

**Shannon D. Fusco**
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

---

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:56 AM
**To:** DHS Teachers
**Subject:** students wearing packards today

Teachers,
We have a group of students today wearing signs of a national day of silence for an organization. As this is a nationally recognized group, and these students did not follow proper channels required for any group to have a "day" here, they have been told to remove their advertisements.
If they ask, please explain that any group who wishes to be represented at school has to follow the proper channels of filling out activity permission forms which must be approved.
Thank you, and have a good weekend.
sdf

**Shannon D. Fusco**
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

EXHIBIT

6

DESOTO/CLINE/FUSCO/JONES000119

## FW: students wearing packards today
**Barnwell, Melba**
**Sent:** Friday, April 15, 2011 1:30 PM
**To:** Cline, Adrian

FYI

---

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:59 AM
**To:** Lewis, Jan; Barnwell, Melba
**Cc:** Steele, Mike; Fusco, Shannon
**Subject:** FW: students wearing packards today

Fyi-
Mr. Diehl and I have spoken to several students personally and notified the teachers of this group demonstrating today. I believe it is a gay/lesbian organization; I didn't list the name in the email to the teachers because I couldn't remember the full name, and the name is not important: any group follows the same rules.
sdf

### Shannon D. Fusco
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

---

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:56 AM
**To:** DHS Teachers
**Subject:** students wearing packards today

Teachers,
We have a group of students today wearing signs of a national day of silence for an organization. As this is a nationally recognized group, and these students did not follow proper channels required for any group to have a "day" here, they have been told to remove their advertisements.
If they ask, please explain that any group who wishes to be represented at school has to follow the proper channels of filling out activity permission forms which must be approved.
Thank you, and have a good weekend.
sdf

### Shannon D. Fusco
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

**EXHIBIT**

7

DESOTO/CLINE/FUSCO/JONES000161

## FW: students wearing packards today

**Barnwell, Melba**
**Sent:** Friday, April 15, 2011 3:26 PM
**To:** Cline, Adrian

FYI

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 1:41 PM
**To:** Barnwell, Melba
**Subject:** RE: students wearing packards today

I think John and I talked to less than two dozen between us. There were more, but the message would have spread. It was within the gothic group. None of the students I talked to gave me any trouble.
sdf

### Shannon D. Fusco
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

**From:** Barnwell, Melba
**Sent:** Friday, April 15, 2011 1:37 PM
**To:** Fusco, Shannon
**Subject:** RE: students wearing packards today

Hi Shannon,

How many students are we talking about?
Mel

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:59 AM
**To:** Lewis, Jan; Barnwell, Melba
**Cc:** Steele, Mike; Fusco, Shannon
**Subject:** FW: students wearing packards today

Fyi-
Mr. Diehl and I have spoken to several students personally and notified the teachers of this group demonstrating today. I believe it is a gay/lesbian organization; I didn't list the name in the email to the teachers because I couldn't remember the full name, and the name is not important: any group follows the same rules.
sdf

### Shannon D. Fusco
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:56 AM
**To:** DHS Teachers



EXHIBIT

8

DESOTO/CLINE/FUSCO/JONES000162

**Subject:** students wearing packards today.

Teachers,

We have a group of students today wearing signs of a national day of silence for an organization. As this is a nationally recognized group, and these students did not follow proper channels required for any group to have a "day" here, they have been told to remove their advertisements.

If they ask, please explain that any group who wishes to be represented at school has to follow the proper channels of filling out activity permission forms which must be approved.

Thank you, and have a good weekend.

sdf

**Shannon D. Fusco**
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society."

DESOTO/CLINE/FUSCO/JONES000163

Thursday, March 29th, 2012

Dear Mrs. Fusco, (and anyone else who this may concern)

The national Day of Silence (DOS) is an organized event to peacefully and silently protest anti-Lesbian, Gay, Bisexual, and Transgender (LGBT) bullying. This year, DOS is on April 20th, 2012. This event was attempted by students at the school last year without approval from administration. I would like to prevent a repeat performance this year by gaining your approval and allowing the DOS to be a school-sanctioned event.

This does not mean that you'll have to do anything- in fact, I'll most likely be doing most of the legwork for the event. We just sincerely hope that you'll allow us to participate in the DOS without resistance from Administration. I've personally researched the legal rights of the students and actively acknowledge that there are restrictions in place. According to Lambda Legal, "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause." However, this right to free speech doesn't extend to classroom time. "If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer."

We don't want the DOS to interfere with your teachers' lessons. Our goal is not to affect the learning experience of our fellow students- if anything, we want to educate. The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. Our silence symbolizes that which members of the LGBT community face when confronted about their sexuality by peers, family members, and others. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem and let students who experience such bullying know that they are not alone and ask schools to take action to address the problem. Why shouldn't we?

The day is a positive educational experience. The DOS is an opportunity for students to work toward improving school climate for all students. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school. How positive and uplifting would a day of peaceful protestation against

**EXHIBIT**

9

DESOTO/CLINE/FUSCO/JONES000048

anti-LGBT bullying be?

Enclosed is an official letter from Christine P.SUN, a senior council member of the ACLU LGBT Project

I know that you are a busy woman, Mrs.Fusco, and I think I'll wrap it up from here. Thank you for your time and consideration. For more information on the DOS, please visit http://www.dayofsilence.org .

Sincerely,

*Amber Hatcher*

Amber Hatcher,

A hopeful student.

LEGAL DEPARTMENT
LESBIAN GAY
BISEXUAL
TRANSGENDER &
AIDS PROJECT



AMERICAN CIVIL LIBERTIES UNION

January 28, 2011

Dear Principal or Educator,

We are writing in support of students at your school who would like to participate in the Day of Silence. The Day of Silence project (www.dayofsilence.org) is one of the largest student-led actions in the country. The purpose is to silently and peacefully protest anti-lesbian, gay, bisexual, and transgender (LGBT) bullying, harassment, and name calling. As evidenced by recent tragedies, awareness and attention to this issue is needed now more than ever. Because students who are targeted for anti-gay or anti-transgender bullying often do not identify as LGBT, the Day of Silence represents a peaceful protest of a problem that affects *all students no matter their sexual orientation or gender identity.*

On April 15, 2011 students will be taking a vow of silence to represent the silence faced by LGBT people and their allies everyday. Typically, on the Day of Silence, rather than speaking, participants hand out "speaking cards" explaining their reasons for remaining silent throughout the day. There are numerous ways in which Day of Silence participants can meet their academic responsibilities without speaking. With the support of teachers, students could lead or take part in a "silent lesson" or complete a written assignment.

We hope that your administration will support the students who wish to participate in the Day of Silence. The Day of Silence is an opportunity for students to take the initiative to teach one another about diversity, respect and safety for all students. Students gain leadership skills, provide a valuable service to the school community and empower themselves by realizing their ability to make a difference in their school.

If you are unwilling to accommodate the students' desire to remain silent during classroom instruction, we hope that you will nonetheless support them in the peaceful expression of their beliefs (for example, through t-shirts or the "speaking cards" or other materials about the Day of Silence) during the non-curricular portions of the school day. Although you may be concerned that other students may react disruptively to the Day of Silence, school officials may not prohibit students from engaging in speech out of "an urgent wish to avoid the controversy which might result from the expression." *Tinker v. Des Moines*, 393 U.S. 505, 510-11 (1969). Nor may school officials censor student expression out of "a mere desire to avoid the discomfort and unpleasantness that always accompany an unpopular viewpoint." *Id.* at 509; *see also Cox v. Louisiana*, 379 U.S. 536,551 (1965) (holding that "constitutional rights may not be denied simply because of hostility to their assertion or exercise.").

Moreover, as a recent decision by a federal court made clear, student speech that promotes the fair and equal treatment of LGBT people is constitutionally protected political speech. *See Gillman v. School Board for Holmes County*, *567* F.Supp.2d 1359 (N.D.Fla. 2008). The court explained, "political speech involving a controversial topic such as homosexuality is likely to spur some debate, argument, and conflict. Indeed, the issue of equal rights for citizens who are homosexual is presently a topic of fervent discussion and debate within the courts, Congress, and the legislatures of the States, including Florida. The nation's high school students, some of whom are of voting age, should not be foreclosed from that national dialogue." *Id.* After a two day trial, the court issued an injunction against the school district and ultimately the district had to pay $325,000 in attorneys' fees to the student-plaintiff.

If you have a reasonable belief that other students may react hostilely to those who are participating in the Day of Silence, we encourage you to take appropriate security measures to punish the disruptive students and to protect those students who are peacefully engaging in their right to free expression. The law is clear that school officials may not censor peaceful expression solely because other students will have a hostile reaction. *See Butts v. Dallas Indep. Sch. Dist.*, 436 F.2d 728, 731 (5th Cir. 1971) ("We do not agree that the precedential value of the *[Tinker]* decision is nullified whenever a school system is confronted with disruptive activities or the possibility of them. Rather we believe that the Supreme Court has declared a constitutional right which school officials must nurture and protect and not extinguish, unless they find the circumstances allow them no practical alternative."); *Holloman v. Harland*, 370 F.3d 1252 (11th Cir. 2004) (concluding that school officials have the duty to punish disruptive behavior, not prohibit the plaintiff's speech, because "allowing a school to curtail a student's freedom of expression based on such factors turns reason on its head.").

Please do not hesitate to contact the Project if you have any questions about the above or if we can be of any assistance to you. We can be reached via email at getequal@aclu.org.

Very Truly Yours,

Christine P. Sun
Senior Counsel
ACLU LGBT Project

DESOTO/CLINE/FUSCO/JONES000051

**Connie Collins**

| | |
|---|---|
| From: | Olive, Jami |
| Sent: | Thursday, March 29, 2012 3:06 PM |
| To: | Barnwell, Melba |
| Subject: | Day of Silence |

Good afternoon,

I am sending over, thru inter office mail, a letter from a student regarding the national Day of Silence. Mrs. Fusco has stated that last year it was stopped due to it being a form of protest and we do not allow any forms of protest on campus. She would just like for you to pass the information along to Mr. Cline in hopes of receiving an official word on the subject.

Thank you,

*Jami Olive*
*DeSoto County High School*
*Principal's Secretary*
*863-494-3434 ext. 203*

*'what a child can do today with assistance, she will be able to do by herself tomorrow'*




1

**Connie Collins**

| | |
|---|---|
| **From:** | Lewis, Jan |
| **Sent:** | Monday, April 02, 2012 8:11 AM |
| **To:** | Cline, Adrian |
| **Cc:** | Barnwell, Melba |
| **Subject:** | Day of Silence |
| **Attachments:** | Untitled.PDF - Adobe Acrobat Pro.pdf |



EXHIBIT

1

DISTRICT PPR000398

Thursday, March 29th, 2012

Dear Mrs. Fusco, (and anyone else who this may concern)

The national Day of Silence (DOS) is an organized event to peacefully and silently protest anti-Lesbian, Gay, Bisexual, and Transgender (LGBT) bullying. This year, DOS is on April 20th, 2012. This event was attempted by students at the school last year without approval from administration. I would like to prevent a repeat performance this year by gaining your approval and allowing the DOS to be a school-sanctioned event.

This does not mean that you'll have to do anything- in fact, I'll most likely be doing most of the legwork for the event. We just sincerely hope that you'll allow us to participate in the DOS without resistance from Administration. I've personally researched the legal rights of the students and actively acknowledge that there are restrictions in place. According to Lambda Legal, "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause." However, this right to free speech doesn't extend to classroom time. "If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer."

We don't want the DOS to interfere with your teachers' lessons. Our goal is not to affect the learning experience of our fellow students- if anything, we want to educate. The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. Our silence symbolizes that which members of the LGBT community face when confronted about their sexuality by peers, family members, and others. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem and let students who experience such bullying know that they are not alone and ask schools to take action to address the problem. Why shouldn't we?

The day is a positive educational experience. The DOS is an opportunity for students to work toward improving school climate for all students. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school. How positive and uplifting would a day of peaceful protestation against

anti-LGBT bullying be?

Enclosed is an official letter from Christine P.SUN, a senior council member of the ACLU LGBT Project

I know that you are a busy woman, Mrs.Fusco, and I think I'll wrap it up from here. Thank you for your time and consideration. For more information on the DOS, please visit http://www.dayofsilence.org .

Sincerely,

*Amber Hatcher*

Amber Hatcher,

A hopeful student.



January 28, 2011

Dear Principal or Educator,

We are writing in support of students at your school who would like to participate in the Day of Silence. The Day of Silence project (www.dayofsilence.org) is one of the largest student-led actions in the country. The purpose is to silently and peacefully protest anti-lesbian, gay, bisexual, and transgender (LGBT) bullying, harassment, and name calling. As evidenced by recent tragedies, awareness and attention to this issue is needed now more than ever. Because students who are targeted for anti-gay or anti-transgender bullying often do not identify as LGBT, the Day of Silence represents a peaceful protest of a problem that affects *all students no matter their sexual orientation or gender identity*.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

On April 15, 2011 students will be taking a vow of silence to represent the silence faced by LGBT people and their allies everyday. Typically, on the Day of Silence, rather than speaking, participants hand out "speaking cards" explaining their reasons for remaining silent throughout the day. There are numerous ways in which Day of Silence participants can meet their academic responsibilities without speaking. With the support of teachers, students could lead or take part in a "silent lesson" or complete a written assignment.

We hope that your administration will support the students who wish to participate in the Day of Silence. The Day of Silence is an opportunity for students to take the initiative to teach one another about diversity, respect and safety for all students. Students gain leadership skills, provide a valuable service to the school community and empower themselves by realizing their ability to make a difference in their school.

OFFICERS AND DIRECTORS

If you are unwilling to accommodate the students' desire to remain silent during classroom instruction, we hope that you will nonetheless support them in the peaceful expression of their beliefs (for example, through t-shirts or the "speaking cards" or other materials about the Day of Silence) during the non-curricular portions of the school day. Although you may be concerned that other students may react disruptively to the Day of Silence, school officials may not prohibit students from engaging in speech out of "an urgent wish to avoid the controversy which might result from the expression." *Tinker v. Des Moines*, 393 U.S. 505, 510-11 (1969). Nor may school officials censor student expression out of "a mere desire to avoid the discomfort and unpleasantness that always accompany an unpopular viewpoint." *Id.* at 509; *see also Cox v. Louisiana*, 379 U.S. 536,551 (1965) (holding that "constitutional rights may not be denied simply because of hostility to their assertion or exercise.").

Moreover, as a recent decision by a federal court made clear, student speech that promotes the fair and equal treatment of LGBT people is constitutionally protected political speech. *See Gillman v. School Board for Holmes County, 567* F.Supp.2d 1359 (N.D.Fla. 2008). The court explained, "political speech involving a controversial topic such as homosexuality is likely to spur some debate, argument, and conflict. Indeed, the issue of equal rights for citizens who are homosexual is presently a topic of fervent discussion and debate within the courts, Congress, and the legislatures of the States, including Florida. The nation's high school students, some of whom are of voting age, should not be foreclosed from that national dialogue." *Id.* After a two day trial, the court issued an injunction against the school district and ultimately the district had to pay $325,000 in attorneys' fees to the student-plaintiff.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

If you have a reasonable belief that other students may react hostilely to those who are participating in the Day of Silence, we encourage you to take appropriate security measures to punish the disruptive students and to protect those students who are peacefully engaging in their right to free expression. The law is clear that school officials may not censor peaceful expression solely because other students will have a hostile reaction. *See Butts v. Dallas Indep. Sch. Dist.,* 436 F.2d 728, 731 (5th Cir. 1971) ("We do not agree that the precedential value of the *[Tinker]* decision is nullified whenever a school system is confronted with disruptive activities or the possibility of them. Rather we believe that the Supreme Court has declared a constitutional right which school officials must nurture and protect and not extinguish, unless they find the circumstances allow them no practical alternative."); *Holloman v. Harland,* 370 F.3d 1252 (11th Cir. 2004) (concluding that school officials have the duty to punish disruptive behavior, not prohibit the plaintiff's speech, because "allowing a school to curtail a student's freedom of expression based on such factors turns reason on its head.").

Please do not hesitate to contact the Project if you have any questions about the above or if we can be of any assistance to you. We can be reached via email at getequal@aclu.org.

Very Truly Yours,

Christine P. Sun
Senior Counsel
ACLU LGBT Project

| | |
|---|---|
| **From:** | Cline, Adrian |
| **Sent:** | Monday, April 02, 2012 5:51 PM |
| **To:** | Fusco, Shannon |
| **Cc:** | Barnwell, Melba; Lewis, Jan |
| **Subject:** | Day of Silence |
| **Attachments:** | Untitled.PDF - Adobe Acrobat Pro.pdf; Adrian H  Cline.vcf |



Principal Fusco:

It is inconsistent with the district's past practice to approve student protests on any of our campuses.  The attached is disapproved.



Adrian H. Cline
Superintendent of Schools
DeSoto County School District

(863) 494-4222 x110
adrian.cline@desoto.k12.fl.us

530 La Solona Ave.
34266  FL

**EXHIBIT**

12

DISTRICT PPR000393

Thursday, March 29th, 2012

Dear Mrs.Fusco, (and anyone else who this may concern)

The national Day of Silence (DOS) is an organized event to peacefully and silently protest anti-Lesbian, Gay, Bisexual, and Transgender (LGBT) bullying. This year, DOS is on April 20th, 2012. This event was attempted by students at the school last year without approval from administration. I would like to prevent a repeat performance this year by gaining your approval and allowing the DOS to be a school-sanctioned event.

This does not mean that you'll have to do anything- in fact, I'll most likely be doing most of the legwork for the event. We just sincerely hope that you'll allow us to participate in the DOS without resistance from Administration. I've personally researched the legal rights of the students and actively acknowledge that there are restrictions in place. According to Lambda Legal, "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause." However, this right to free speech doesn't extend to classroom time. "If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer."

We don't want the DOS to interfere with your teachers' lessons. Our goal is not to affect the learning experience of our fellow students- if anything, we want to educate. The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. Our silence symbolizes that which members of the LGBT community face when confronted about their sexuality by peers, family members, and others. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem and let students who experience such bullying know that they are not alone and ask schools to take action to address the problem. Why shouldn't we?

The day is a positive educational experience. The DOS is an opportunity for students to work toward improving school climate for all students. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school. How positive and uplifting would a day of peaceful protestation against

anti-LGBT bullying be?

Enclosed is an official letter from Christine P.SUN, a senior council member of the ACLU LGBT Project

I know that you are a busy woman, Mrs.Fusco, and I think I'll wrap it up from here. Thank you for your time and consideration. For more information on the DOS, please visit http://www.dayofsilence.org .

Sincerely,

*Amber Hatcher*

Amber Hatcher,
A hopeful student.

DISTRICT PPR000395

LEGAL DEPARTMENT
· LESBIAN GAY
BISEXUAL
TRANSGENDER &
AIDS PROJECT



January 28, 2011

Dear Principal or Educator,

We are writing in support of students at your school who would like to participate in the Day of Silence. The Day of Silence project (www.dayofsilence.org) is one of the largest student-led actions in the country. The purpose is to silently and peacefully protest anti-lesbian, gay, bisexual, and transgender (LGBT) bullying, harassment, and name calling. As evidenced by recent tragedies, awareness and attention to this issue is needed now more than ever. Because students who are targeted for anti-gay or anti-transgender bullying often do not identify as LGBT, the Day of Silence represents a peaceful protest of a problem that affects *all students no matter their sexual orientation or gender identity*.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

On April 15, 2011 students will be taking a vow of silence to represent the silence faced by LGBT people and their allies everyday. Typically, on the Day of Silence, rather than speaking, participants hand out "speaking cards" explaining their reasons for remaining silent throughout the day. There are numerous ways in which Day of Silence participants can meet their academic responsibilities without speaking. With the support of teachers, students could lead or take part in a "silent lesson" or complete a written assignment.

We hope that your administration will support the students who wish to participate in the Day of Silence. The Day of Silence is an opportunity for students to take the initiative to teach one another about diversity, respect and safety for all students. Students gain leadership skills, provide a valuable service to the school community and empower themselves by realizing their ability to make a difference in their school.

OFFICERS AND DIRECTORS

If you are unwilling to accommodate the students' desire to remain silent during classroom instruction, we hope that you will nonetheless support them in the peaceful expression of their beliefs (for example, through t-shirts or the "speaking cards" or other materials about the Day of Silence) during the non-curricular portions of the school day. Although you may be concerned that other students may react disruptively to the Day of Silence, school officials may not prohibit students from engaging in speech out of "an urgent wish to avoid the controversy which might result from the expression." *Tinker v. Des Moines*, 393 U.S. 505, 510-11 (1969). Nor may school officials censor student expression out of "a mere desire to avoid the discomfort and unpleasantness that always accompany an unpopular viewpoint." *Id.* at 509; *see also Cox v. Louisiana*, 379 U.S. 536,551 (1965) (holding that "constitutional rights may not be denied simply because of hostility to their assertion or exercise.").

DISTRICT PPR000396

Moreover, as a recent decision by a federal court made clear, student speech that promotes the fair and equal treatment of LGBT people is constitutionally protected political speech. *See Gillman v. School Board for Holmes County, 567 F.Supp.2d 1359* (N.D.Fla. 2008). The court explained, "political speech involving a controversial topic such as homosexuality is likely to spur some debate, argument, and conflict. Indeed, the issue of equal rights for citizens who are homosexual is presently a topic of fervent discussion and debate within the courts, Congress, and the legislatures of the States, including Florida. The nation's high school students, some of whom are of voting age, should not be foreclosed from that national dialogue." *Id.* After a two day trial, the court issued an injunction against the school district and ultimately the district had to pay $325,000 in attorneys' fees to the student-plaintiff.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

If you have a reasonable belief that other students may react hostilely to those who are participating in the Day of Silence, we encourage you to take appropriate security measures to punish the disruptive students and to protect those students who are peacefully engaging in their right to free expression. The law is clear that school officials may not censor peaceful expression solely because other students will have a hostile reaction. *See Butts v. Dallas Indep. Sch. Dist.,* 436 F.2d 728, 731 (5th Cir. 1971) ("We do not agree that the precedential value of the *[Tinker]* decision is nullified whenever a school system is confronted with disruptive activities or the possibility of them. Rather we believe that the Supreme Court has declared a constitutional right which school officials must nurture and protect and not extinguish, unless they find the circumstances allow them no practical alternative."); *Holloman v. Harland,* 370 F.3d 1252 (11th Cir. 2004) (concluding that school officials have the duty to punish disruptive behavior, not prohibit the plaintiff's speech, because "allowing a school to curtail a student's freedom of expression based on such factors turns reason on its head.").

Please do not hesitate to contact the Project if you have any questions about the above or if we can be of any assistance to you. We can be reached via email at getequal@aclu.org.

Very Truly Yours,

Christine P. Sun
Senior Counsel
ACLU LGBT Project

**From:** Fusco, Shannon
**Sent:** Monday, April 02, 2012 6:12 PM
**To:** Cline, Adrian
**Subject:** Re: Day of Silence

Thank you. I turned it down last year for the same reason.

----- Original Message -----
From: Cline, Adrian
Sent: Monday, April 02, 2012 05:50 PM
To: Fusco, Shannon
Cc: Barnwell, Melba; Lewis, Jan
Subject: Day of Silence

Principal Fusco:

It is inconsistent with the district's past practice to approve student protests on any of our campuses. The attached is disapproved.

Shannon Fusco

Description: Cline signature

19

**EXHIBIT**

*13*

DESOTO/CLINE/FUSCO/JONES000111

## Cline, Adrian

**From:** Amber Hatcher <amberh720@hotmail.com>
**Sent:** Tuesday, April 10, 2012 7:37 AM
**To:** Cline, Adrian
**Subject:** National Day Of Silence

Dear Mr. Cline,

This year, the National Day Of Silence (DOS), an anti-bullying campaign and peaceful protest, falls on April 20th, 2012. I, despite being a student (and a Freshman at that!), have been attempting to organize the DOS with Mrs. Fusco for about a week. Unfortunately, Mrs. Fusco informed me that peaceful protests are against District Policy and that you denied permission for us to participate at DHS. Thankfully, I've been able to find out District Policy, which specifically *gives us* the right to peacefully assemble.

According to Student Rights And Responsibilities (http://desotoschools.com/Home/school_info/Student%20Rights%20and%20Responsibilities.pdf); students have the right to " Hear, examine, and express divergent points of view, including freedom of speech, written expression, and symbolic expression," granted that we, "consider and respect the divergent point of view of others," and," Be sure that personal expressions (speech, written, or symbolic) do not infringe on the rights of others." We also have the right to, "assemble peacefully on school grounds," as long as we," assemble do as not to disrupt the educational process." Also, According to Lambada Legal (The attorney's office that has dealt with the legal side of DOS); " Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause.

This does not mean students can say—or not say—anything they want at all times. There are some limits on free speech rights at school. For example, schools have some control over students' speech in the classroom or during other supervised, school-sponsored activities. If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer. Students who want to remain silent during class on the Day of Silence are less likely to encounter problems if they seek permission from their teachers beforehand. However, school officials are NOT allowed to discriminate against you based on your message. In other words, school officials may not censor a student just because they disapprove of the student's ideas because the student's speech makes them uncomfortable or because they want to avoid controversy Outside of the classroom, in areas like hallways and cafeterias, students have a much broader right to free speech. Schools can't censor students unless they use lewd or foul language, promote illegal drug use, harass other students or substantially disrupt the school environment."

Mr. Cline, allowing us to participate in the DOS will do no harm. Our goal is to make students aware of bullying and try to stop it. Here are seven reasons that allowing us the participate in the DOS would be beneficial to you:

1.) Allowing students to participate on April 20th, which coincedentally falls on National Marijuana Appriciation Day, removes the day's theme of drug appriciation and replaces it with a theme of acceptance.

2.) Allowing students to participate will make them more aware of bullying, and also gives a message that *any* type of bullying is unacceptable.

3.) Allowing students to participate gives members of our community a sense that the administration cares.

4.) Allowing students to participate will give the school a sense of unity.

5.) Allowing students to participate on that day will make classes quieter. We may even be able to deter disruption!

1

**EXHIBIT**

14

DESOTO/CLINE/FUSCO/JONES000144

6.) Allowing students to participate gives a chance to spread awareness.

7.) Participants may be a "sounding board," a non-judgemental party for students to relate to and speak out against their antagonists.


Honestly, we aren't asking for much. All that we desire is the cooperation of administration and to be allowed to put up posters. Many of the students who plan to participate will do so, whether administration approves or not. I just want to save myself and my peers from disciplinary action and help our school. Thank you for your time.


Sincerely, Amber Hatcher,

A hopeful student.

DESOTO/CLINE/FUSCO/JONES000145