# SCHOOL DISTRICT OF DESOTO COUNTY
## PRINCIPAL, HIGH SCHOOL
### JOB DESCRIPTION

**QUALIFICATIONS:**
(1) Master's degree from an accredited educational institution.
(2) Four (4) years teaching and administrative experience at the secondary level.
(3) Satisfactory completion of the principal training program.
(4) Valid Florida certification as School Principal.
(5) Satisfactory criminal background check and drug screening.

**KNOWLEDGE, SKILLS AND ABILITIES:**
Ability to prepare and manage a school budget and allocated resources. Ability to read, interpret and enforce the State Board of Education Rules, Code of Ethics, School Board policies and appropriate state and federal statutes. Ability to select, hire, evaluate and reappoint personnel in accordance with collective bargaining agreements. Ability to communicate and interact effectively with the public. Knowledge of the hardware and software applications used throughout the District. Basic understanding and knowledge of the use of current technology. Ability to demonstrate the knowledge and practice of current educational trends, research and technology. Ability to understand the unique needs, growth problems and characteristics of high school students. Ability to use group dynamics within the context of cultural diversity. Ability to maintain high level of stamina.

**REPORTS TO:**
Superintendent

---

### JOB GOAL
To provide the leadership and vision necessary to develop and administer educational programs that optimize the human and material resources available for a successful and safe school program for students, staff, parents, and community.

---

**SUPERVISES:**
Administrative, Instructional, and Support Personnel

**PERFORMANCE RESPONSIBILITIES:**
**Instructional Program Leadership/Development**
*(1) Provide instructional leadership and supervision for student achievement.
*(2) Manage and administer the development, implementation and assessment of the instructional program at the assigned school.
*(3) Provide a comprehensive instructional program, including core academic programs, career and technical programs, performing fine arts, health and physical education, advanced academic programs, exceptional student education programs and other programs to address the diverse needs of the school population.

©EMCS



EXHIBIT
I
10-9-13 FUSCO

PRINCIPAL, HIGH SCHOOL (Continued)

*(4) Utilize current research, outside resources, performance data and feedback from students, teachers, parents and the community to make decisions related to improvement of instruction and student performance.

*(5) Promote high student achievement.

*(6) Coordinate the School Advisory Council.

*(7) Coordinate program planning with district instructional staff.

*(8) Oversee the acquisition and utilization of textbooks, other instructional materials and equipment.

*(9) Facilitate the testing program for the school.

*(10) Align school initiatives with district, state and school goals.

*(11) Establish and coordinate procedures for students, teachers, parents and the community to evaluate curriculum.

*(12) Direct or oversee the development of the master schedule and assign teachers according to identified needs.

*(13) Facilitate the horizontal and vertical articulation of curriculum within the school, as well as between the school and its feeder system.

*(14) Facilitate, monitor and coordinate the implementation of Exceptional Student Education (ESE) programs and services.

*(15) Ensure the implementation of graduation requirements and conduct graduation activities and ceremonies in accordance with established policies and procedures.

*(16) Facilitate the development and implementation of the school technology plan.

*(17) Provide leadership in the effective use of technology in the classroom.

*(18) Provide students with opportunities to use technology to gather and share information with others.

*(19) Facilitate student access to the use of electronic resources.

*(20) Explore and evaluate new technologies and their educational impact.

*(21) Use technology to review student assessment data.

*(22) Assist classroom teachers with the effective use of technology.

*(23) Analyze and report the results of efforts to enhance student performance.

Personnel Action Services

*(24) Supervise the establishment and maintenance of individual professional development plans for each instructional employee.

*(25) Interview and select qualified personnel to be recommended for employment.

*(26) Supervise assigned personnel, conduct annual performance appraisals and make recommendations for appropriate employment action.

*(27) Implement and administer negotiated employee contracts at the school site.

*(28) Assign and supervise school personnel to special projects for the enhancement of student learning.

*(29) Establish job assignments for school-site administrators, teachers and support personnel.

*(30) Develop and administer duty rosters for certificated and noncertificated staff as required.

*(31) Manage and administer personnel development through training, inservice and other developmental activities.

*(32) Provide training opportunities and feedback to personnel at the assigned school.

School Operations/Delivery Systems

*(33) Supervise the operation and management of all activities and functions at the assigned school.

©EMCS

DESOTO/CLINE/FUSCO/JONES001422

*(34) Develop positive school/community relations and act as liaison between the school and community.

*(35) Access, analyze, interpret and use data in decision-making.

*(36) Establish procedures for an accreditation program and monitor accreditation standards at the assigned school.

*(37) Coordinate school maintenance and facility needs and monitor progress toward meeting those needs.

*(38) Collaborate with district personnel to monitor the custodial program at the school to ensure a clean, healthy and safe learning environment.

*(39) Collaborate with district personnel to coordinate and monitor the food service program at the school.

*(40) Supervise the orderly movement and safety of transportation services on school grounds.

*(41) Manage and supervise the school's financial resources including the preparation and disbursement of the school's budgets and internal accounts.

*(42) Establish and manage accurate student accounting and attendance procedures at the assigned school.

*(43) Conduct staff meetings to discuss policy changes, instructional programs, potential problems and resolution of existing problems.

*(44) Communicate, through proper channels, to keep the Superintendent informed of pending problems or events of unusual nature.

*(45) Direct the establishment of adequate property inventory records and ensure the security of school property.

*(46) Implement the School Board policies, state statutes and federal regulations as they pertain to the assigned school.

*(47) Supervise the preparation and maintenance of accurate and timely reports and records.

**Student Support Services**

*(48) Establish school guidelines and enforce district guidelines for proper student conduct with implementation of disciplinary procedures and policies that ensure a safe and orderly environment.

*(49) Facilitate a program of family and community involvement.

*(50) Supervise the school guidance program and services to ensure that individual student educational and developmental needs are met.

*(51) Establish procedures to be used in the event of school crisis and/or civil disobedience and provide leadership in the event of such happenings.

*(52) Coordinate the supervision of all extracurricular programs at the assigned school.

*(53) Provide a comprehensive athletic program.

*(54) Monitor the management and supervision of the student activity and athletic programs including the selection of club sponsors and coaches.

*(55) Approve all school-sponsored activities and maintain a calendar of all school events.

*(56) Maintain visibility and accessibility on the school campus.

*(57) Attend school-related activities and events.

**Personal/Professional Employee Qualities**

*(58) Participate in county-wide management meetings and other meetings and activities appropriate for professional development.

*(59) Communicate effectively, both orally and in writing, with parents, students, teachers and the community.

©EMCS

DESOTO/CLINE/FUSCO/JONES001423

PRINCIPAL, HIGH SCHOOL (Continued)

- *(60)  Model effective listening and positive interaction skills.
- *(61)  Maintain and model high standards of professional conduct.
- *(62)  Set high goals and standards for self, others and the organization.
- *(63)  Keep abreast of trends and changes in educational programs and procedures.
- *(64)  Participate in developing the strategic plan, school calendar, staffing plan and other district-level activities as required.

Leadership

- *(65)  Provide leadership in the school improvement process, implementation of the school improvement plan and the School Advisory Council.
- *(66)  Promote the vision and mission of the district.
- *(67)  Establish a vision and mission for the school in collaboration with key stakeholders.
- *(68)  Exercise proactive leadership in promoting the vision and mission of the district.
- *(69)  Use appropriate interpersonal styles and methods to guide individuals and groups to task accomplishment.
- *(70)  Access district and community resources to meet school needs.
- *(71)  Anticipate problems and difficult situations and plan appropriately to handle them.
- *(72)  Act quickly to stop possible breaches of safety, ineffective procedures and/or interference with operations.
- *(73)  Provide recognition and celebration for staff, student and school accomplishment.
- *(74)  Build teams to accomplish plans, goals and priorities.
- *(75)  Promote and market the school and its priorities.

Student Growth and Achievement

- *(76)  Ensure that student growth and achievement are continuous and appropriate schoolwide.
- *(77)  Establish and maintain a positive collaborative relationship with the students' families to increase student achievement.

   Perform other tasks consistent with the goals and objectives of this position.

*Essential Performance Responsibilities

PHYSICAL REQUIREMENTS:

   Medium Work: Exerting up to 50 pounds of force occasionally, and/or up to 20 pounds of force frequently and/or up to 10 pounds of force as needed to move objects.
   May be required to restrain a physically active individual as a temporary safety measure.

   Job Description Supplement 10

TERMS OF EMPLOYMENT:

   Salary and benefits shall be paid consistent with the district's approved compensation plan.
   Length of the work year and hours of employment shall be those established by the district.

EVALUATION:

   Performance of this job will be evaluated in accordance with provisions of the Board's policy on evaluation of personnel.

©EMCS

DESOTO/CLINE/FUSCO/JONES001424

## 152.01 GENERAL PROVISIONS/STANDARDS/ REPORTING MISCONDUCT/TRAINING

All school district employees hold positions of public trust and are responsible for both the integrity and the consequences of their own actions. They are responsible for the education of students and also serve as examples and role models. The highest standards of honesty, integrity, and fairness must be exhibited by each employee when engaging in any activity concerning the school district, particularly in relationships with vendors, suppliers, students, parents, the public, and other employees. Employee conduct should be such as to protect both the person's integrity and the reputation of the school district.

Employees shall perform their jobs in a competent and ethical manner without violating the public trust or applicable laws, policies, and regulations. While it is not practical or possible to enumerate all of the situations that might fall under the guidelines of this policy, it is the school board's intent that the spirit of this policy be followed by every employee. The absence of a law, policy, or regulation covering a particular situation does not relieve an employee from the responsibility to exercise the highest ethical standards at all times. If there are any questions or doubts as to what to do or how to handle a particular situation that relates to this policy, an employee should consult with the next appropriate level of management until the question is satisfactorily resolved.

Failure to comply with this policy will result in disciplinary action up to and including dismissal.

### (A) *Standards.*

(1)  Employees shall respect the rights of others.
(2)  Employees shall exhibit behavior that supports the mission, goals and best interests of the School District.
(3)  Employees shall adhere to the *Organizational Code of Conduct* as stated in Board policies §150.60 – §150.72.
(4)  Employees shall perform assigned duties in an orderly and efficient manner.
(5)  Employees shall adhere to all School District policies and regulations.

General Provisions
40

(6)  Employees shall work together to build a high performance team and perform as an active, positive members of that team.
(7)  Employees shall not withhold or conceal any appropriate information requested by, or to furnish misleading information to, the school board, superintendent, supervising administrator, legal counsel, internal or external auditor or the superintendent's designee.



EXHIBIT JJ

2

10-9-13 Fusco

# SCHOOL DISTRICT OF DESOTO COUNTY

## POLICIES OF THE SCHOOL DISTRICT OF DESOTO COUNTY

Dr. Karyn Gary
Superintendent

Board Members
Rodney Hollingsworth
Deborah Snyder
Ronny Allen
Karen Chancey
William Stanko



EXHIBIT
FUSLO
3
10-9-13  JS
tabbies

**INDEX**

ABSENCE
    Pupil absences, 190.06

ACHIEVEMENT ACTIVITIES (See INSTRUCTION MATERIALS AND GENERAL
    INSTRUCTION POLICIES)

ADMISSIONS AND ENTRIES/TRANSFERS
    School admissions, 190.02
    Student entries and transfers, 190.03

ADULT EDUCATION; VOCATIONAL INSTRUCTION (See also, DISTRICT
    SUPERINTENDENT, EMPLOYEES AND STAFF, INSTRUCTION MATERIALS AND
    GENERAL INSTRUCTION POLICIES)
    Adult Education
        Full-time instructional personnel, 154.01
        Part-time instructional personnel, 154.02
    Non-Degreed Full-Time Vocational Instructional Personnel
        Application procedures, 154.42
        Basic qualifications, 154.41
        Definition, 154.40
        Employment vacancies and selection procedures, 154.43
        Salary and benefits, 154.45
        Terminations, 154.46
        Terms of initial employment and continued employment, 154.44
    Non-Degreed Part-Time Vocational Instructional Personnel
        Application procedures, 154.22
        Basic qualifications, 154.21
        Definition, 154.20
    Employment vacancies and selection procedures, 154.23
    Salary, 154.25
    Terminations, 154.26
    Terms of employment, 154.24

ADVISORY COUNCILS
    Composition of Councils, 51.02
    Confirmation of School Advisory Council, 51.04
    Operation of Council, 51.06
    Responsibilities of Councils, 51.05

ADVISORY COUNCILS (Cont'd)
    School Council in each District, 51.01
    Selection of Council members, 51.03

AIDS (See SCHOOL POLICIES AND POLICY BOOK, WORKPLACE POLICIES)

ALCOHOL AND DRUGS (See also EXTRACURRICULAR ACTIVITIES, INSTRUCTION
MATERIALS AND GENERAL INSTRUCTION POLICIES, WORKPLACE POLICIES)
    Policy, 195.01

ATTENDANCE AT SCHOOL ( See also NONATTENDANCE AND HABITUAL TRUANCY)
    Attendance areas guidelines for student transfers/reassignments, 192.03
    Attendance boundary descriptions, 192.02
    Attendance policy, 192.05
    Attendance records, 192.06
    Attendance, students
        Year, 170.001
    Compulsory attendance ages, 192.04
    School attendance areas, 192.01

BIDS (See PURCHASING AND COMPETITIVE SOLICITATION)

BUDGET (See FINANCES, PURCHASING AND COMPETITIVE SOLICITATION)

BUSINESS RECORDS; GENERAL PROVISIONS
    Forms management, 110.02
    Insurance management, 110.04
    Internet use agreement, 110.03
    Photocopy of public records, 110.01

BUSES (See SCHOOL BUSES, TRANSPORTATION)

CALENDAR School,
    170.002

CERTIFIED INSTRUCTIONAL PERSONNEL (See EMPLOYEES AND STAFF)

CHALLENGED MATERIALS (See INSTRUCTION MATERIALS AND GENERAL
INSTRUCTION POLICIES)

CHILD BEARING LEAVE (See LEAVES OF ABSENCE)

CODE OF CONDUCT (See EMPLOYEE CODE OF CONDUCT INSTRUCTIONAL SUPPORT STAFF,
EMPLOYEES AND STAFF)

COMMUNITY USE OF SCHOOL FACILITIES (See also FACILITIES PLANNING)
    Authority to grant use of school facilities, 93.01
    Charges, 93.06
    Conditions of use, 93.03
    General procedures, 93.02
    Insurance, 93.05
    Insurance schedules, Ch. 93, App. A
    Procedure for renting facilities, 93.07
    Scheduling priority, 93.04

COMPLAINTS (See also WORKPLACE POLICIES)
    Customer complaint procedure, 30.03
    Non-employee complaints, 210.04

CONTINUING EDUCATION (See INVESTMENT POLICY)

COURSE CREDIT
    Awarding; promoting students; acceleration, 170.008

CURRICULUM (See INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)

DETENTION (See PUNISHMENT OF STUDENTS)

DISCRIMINATION (See also HARASSMENT)
    Unlawful discrimination prohibited, 30.04

DISTRICT DISCRETIONARY LOTTERY FUNDS
    Use of/Educational Enhancement Trust Fund, 30.05

DISTRICT SCHOOL BOARD
    Awards and incentives, 50.06
    Board officers, 50.04
    Board powers, 50.02
    Composition, 50.01
    Duties, 50.03
    Policy development, 50.05
    School Board Meetings; Hearings
        Agenda, 50.21
        Hearings, 50.24
        Procedure for making a presentation to School Board, 50.23

DISTRICT SCHOOL BOARD (Cont'd)
    School Board Meetings; Hearings (Cont'd)
        Quorum, 50.22
        Regular meetings, 50.20

DISTRICT STAFF AND EMPLOYEES (See EMPLOYEES AND STAFF, TEACHER AUTHORITY IN CLASSROOM)

DISTRICT SUPERINTENDENT (See also EMPLOYEES AND STAFF)
    Duties and responsibilities, 70.03
    Full-time elected position, 70.01
    General powers, 70.02
    Temporary appointment of Superintendent, 70.04
    Vocational education student follow-up requirements, 70.05

DRUG ABUSE (See ALCOHOL AND DRUGS, INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)

EDUCATIONAL ENHANCEMENT TRUST FUND (See DISTRICT DISCRETIONARY LOTTERY FUNDS)

EMPLOYEE CODE OF CONDUCT INSTRUCTIONAL SUPPORT STAFF (See also EMPLOYEES AND STAFF, TEACHER AUTHORITY IN CLASSROOM)
    Delegation of authority, 152.04
    Disciplinary procedures; progressive and cumulative discipline, 152.05
    Guidelines on employee discipline, 152.03
    Probationary employees, 152.02
    Standards, 152.01
    Standards for disciplinary actions, 152.06

EMPLOYEES AND STAFF (See also DISTRICT SUPERINTENDENT, EMPLOYEE CODE OF CONDUCT INSTRUCTIONAL SUPPORT STAFF, PERSONAL APPEARANCE, TEACHER AUTHORITY IN CLASSROOM)
    Appearance and dress of custodial and maintenance staff; personal appearance of personnel, students, 150.02
    Credit for professional experience, 150.04
    District staff and employees
        Appointment of individuals not possessing teaching certificate, 71.05
        Directors of vocational and adult education, 71.04
    District-wide professional staff under supervision of District
        Superintendent, 71.01
        Employee of the year compensation, 71.06

EMPLOYEES AND STAFF (Cont'd)
    District-wide professional staff under supervision of District (Cont'd)
        Purpose of district-wide staff, 71.02
        Specific duties and personnel, 71.03
    Emergency teachers, special services, 150.05
    Faculty meetings, 150.11
    Identifying, Reporting and Investigating Fraud, 150.73
    Instructional personnel performance appraisal process, 150.07
    Instructional support staff, 150.09
    Internship program, 150.03
    Non-school employment, 150.12
    Organizational Code of Conduct
        Conflicts of interest, 150.62
        Dealing with outside people and organizations, 150.69
        Financial code of ethics statement, 150.72
        General employee conduct, 150.61
        General provisions, 150.60
        Gifts, entertainment and favors, 150.65
        Kickbacks and secret commissions, 150.66
        Organization funds and other assets, 150.67
        Organization records and communications, 150.68
        Outside activities, employment and directorships, 150.63
        Privacy and confidentiality, 150.71
        Prompt communications, 150.70
    Relationships with clients and suppliers, 150.64
   Personnel Policies
    Employee suspension by Superintendent, 150.41

Employment practices, 150.32
Grievance procedure for employees, 150.43
Health, major medical and life insurance, 150.45
Human resources development, 150.30
Injuries to employees, 150.36
Lactation Accommodations, 150.15
On-call/call back during an off-duty period, 150.42
Payroll direct deposit, 150.46
Performance pay, 150.44
Privacy protection practices, 150.47
Reduction in force and recall, 150.38
Resignation from employment, 150.39
Salaries and benefits, 150.33
School/work day, 150.31
Suspension/dismissal/termination of a teacher, 150.40
Terminal retirement pay, 150.37
Unemployment compensation, 150.35
Worker's compensation, 150.34

EMPLOYEES AND STAFF (Cont'd)
Professional growth, 150.06
Recommendation of certificated and noncertificated instructional personnel, 150.01
Records and reports by teachers and others, 150.10
Self-reporting of arrests and convictions by educators, 150.08
Smoking on school property, 150.14

Tutoring, 150.13

ENROLLMENT
Dual enrollment, 190.14

EXCEPTIONAL STUDENTS (See INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)

EXPULSION (See PUNISHMENT OF STUDENTS)

EXTRA CURRICULAR ACTIVITIES (See also INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)
Drug and alcohol testing of students who participate in, 195.08
Required insurance for interscholastic participants, 190.11

FACILITIES PLANNING (See also COMMUNITY USE OF SCHOOL FACILITIES)
Change orders, 130.14
Construction; bids and award of contracts, 130.12
Dedication of project, 130.19
Determining needs, 130.02
Developing educational specifications, 130.04
Equipment and furniture, 130.11
Evaluating existing buildings, 130.05
Inspection of completed project, acceptance of completed project, payments, 130.18
Methods of financing, 130.09
Naming of schools, 130.20

New site acquisition, 130.03
Patterns of participation, 130.06
Payments to architect and contractor, 130.17
Planning, 130.01
Procedure for receiving bids, 130.13
Protection, 130.15
Relations with other governmental agencies, 130.07
Securing architectural and engineering services, 130.10
Site selection and development, 130.08
Supervision during construction, 130.16

FACULTY MEETING (See EMPLOYEES AND STAFF)

FINANCES (See also DISTRICT DISCRETIONARY LOTTERY FUNDS)
Accounting system, 90.03
Annual budget, 90.01
Bonding and debt service, 90.05
Computer software created by District employees, 90.06
Disposal of property, 90.13
Financial transactions, 90.02
Internal fund accounting, 90.04
Inventories and property records, 90.12
Merchandise, agents, solicitors, salespersons, 90.08
Payroll deductions/voluntary, 90.10
Payroll reports, 90.09
Per diem and travel expense allowance, 90.11
Petty cash funds, 90.07
Use of district discretionary lottery funds, 90.14

FOOD SERVICE
Food service sanitation program, 111.05
General food service requirements, 111.01
Left-over foods, 111.02
Principal's food service responsibility, 111.03
School food service manager, 111.04

GRADUATION (See STUDENT PROGRESSION; GRADUATION)

HARASSMENT (See also DISCRIMINATION, WORKPLACE POLICIES)
Prohibition of race/national origin harassment of students, 195.04
Prohibition of sexual harassment of students, 195.03

HEALTH EDUCATION (See INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)

HIV (See INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES, SCHOOL POLICIES AND POLICY BOOK, WORKPLACE POLICIES)

HONOR ROLL (See INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)

HUMAN RESOURCES (See EMPLOYEES AND STAFF)

IMMUNIZATIONS (See STUDENT HEALTH)

INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES (See also ADULT EDUCATION; VOCATIONAL INSTRUCTION, TEXTBOOKS, LIBRARY BOOKS AND OTHER INSTRUCTIONAL MATERIALS)
 Acquisition of instructional materials, 170.055
  Adult Education
    Alternative education program, 170.088
    Extraordinary circumstances for GED testing, 170.085
    Fees for adult education, 170.087
    Post-secondary adult vocational education/follow-up requirements, 170.086
    Secondary level examination program, 170.089
  Disposal of instructional materials, 170.058
  Exceptional students: district procedures, 170.003
  Family and school partnership for student achievement Activities, 170.011
  Grouping, 170.006
  Honor roll, 170.007
  Instruction Regarding Health Issues
    Curriculum/components on sexually transmitted diseases, 170.040
    Drug abuse education: health education Instructional Materials, 170.041
  Individual needs of students, 170.005
  Job entry for disabled, 170.004
  Reconsideration of challenged materials, 170.059
  Student eligibility requirements for extra curricular activities, 170.025
  Test scores, 170.009

INSTRUCTIONAL PERFORMANCE SYSTEM, 30.06

INSTRUCTIONAL SUPPORT STAFF (See EMPLOYEE CODE OF CONDUCT INSTRUCTIONAL SUPPORT STAFF, TEACHER AUTHORITY IN CLASSROOM)

INSURANCE (See BUSINESS RECORDS; GENERAL PROVISIONS, COMMUNITY USE OF SCHOOL FACILITIES, EMPLOYEES AND STAFF, EXTRA CURRICULAR ACTIVITIES)

INTERNET (See BUSINESS RECORDS; GENERAL PROVISIONS)

INTERNSHIP (See EMPLOYEES AND STAFF)

INVESTMENT POLICY
 Attachments, 92.12
 Continuing education, 92.09
 Investment objectives, 92.03
 Investment reporting, 92.10

INVESTMENT POLICY (Cont'd)
 Maturity and composition, 92.08
  Performance measures, 92.07
  Policy considerations, 92.11
  Purpose, 92.01
  Safekeeping and custody, 92.05
  Scope, 92.02

NONCERTIFIED INSTRUCTIONAL PERSONNEL (See EMPLOYEES AND STAFF)

ORGANIZATIONAL CODE OF CONDUCT (See EMPLOYEES AND STAFF)

PAYROLL (See FINANCES)

PERSONAL APPEARANCE (See also EMPLOYEES AND STAFF)
    Student/personnel personal appearance, 190.09

PLEDGE OF ALLEGIANCE, 170.010

POLICIES AND POLICY BOOK
    Application to future policies, 10.03
    Bullying and harassment policy, 195.07
    Captions, 10.04
    Certificates of exemption, 190.07
    Definitions, 10.05
    Effective date of policies, 10.15
    Equal educational opportunities, 190.01
    Errors and omissions, 10.10
    Fees, 190.12
    General policy, 210.01
    Hazing, prohibition of, 195.06
    Interpretation, 10.02
    Leaving school during the day, 190.08
    Official time, 10.11
    Policies repealed, 10.13
    Policies unaffected, 10.14
    Policies which amend or supplement policy book, 10.17
    Reasonable time, 10.12
    Reference to offices, 10.09

POLICIES AND POLICY BOOK (Cont'd)
    Reference to other sections, 10.08
    Repeal or modification of policy, 10.16
    Rules of interpretation, 10.06
    Section histories; statutory references, 10.18
    Severability, 10.07
    Student distribution of literature and materials, 210.03
    Students over 19 years of age, 190.10
    Students with AIDS or HIV Disease, 195.05
    Title of policy book, 10.01
    Withdrawals, 190.05
    Zero tolerance for violent illegal activities, 195.02

PRINCIPAL (See FOOD SERVICE)

PROBATIONARY EMPLOYEE (See EMPLOYEE CODE OF CONDUCT INSTRUCTIONAL
    SUPPORT STAFF)

PUBLIC RECORDS (See BUSINESS RECORDS; GENERAL PROVISIONS)

PUNISHMENT OF STUDENTS

Corporal punishment/detentions, 194.01 Expulsion of students, 194.03 Suspension of students, 194.02

PURCHASING AND BIDDING
Arrangement of hearings and the like by vendors, 91.13
Bidding procedures, 91.08
Emergency bids, 91.07
Ethics, 91.12
On-line procurement of commodities and contractual services, 91.03
Payment schedule and authorization, 91.14
Prequalification of contractors for District construction, 91.10
Purchases based on requisitions, 91.06
Purchasing agent to estimate needs and make purchases, 91.02
Purchasing agent's authority, 91.05
Resolution of bid protests, 91.11
School District funds responsibility of Superintendent, 91.01
Selecting professional services, 91.09
Three bids for services costing more than $15,000, 91.04,

NEW INDEX:
PURCHASING AND COMPETITIVE SOLICITATION
Arrangement of Hearings, Exhibits, and Demonstrations by vendors    91.14
Commodities or Contractual Services costing $50,000 in total and over    91.05
Commodities or Contractual Services costing less than $50,000 in total    91.06
Competitive Solicitation Procedures    91.09
Emergency Purchase of Commodities or Contractual Services costing $50,000 in total and over    91.08
Ethics   91.13
On-line Procurement of Commodities and Contractual Services    91.04
School District Funds responsibility of Superintendent    91.01
Payment Authorization and Schedule    91.15
Prequalification of Contractors for District Construction Projects    91.11
Purchases based on Requisitions    91.07
Purchasing Agent's authority    91.02
Purchasing Department to estimate District needs and make purchases    91.03
Resolution of Bid Protests    91.12
Selecting Professional Services    91.10

RECORD, PUPIL Permanent cumulative pupil record, 190.13

REPORT CARDS (See STUDENT PROGRESSION; GRADUATION)

SAFETY AND SECURITY (See also SCHOOL BUSES, TRANSPORTATION) Generally, 30.07
    Maintaining district facilities, 112.02 Safety and health loss control program, 112.01

SALARY (See FINANCES)

SCHOOL BOARD (See DISTRICT SCHOOL BOARD)

SCHOOL BOARD MEETINGS (See DISTRICT SCHOOL BOARD)

SCHOOL BUSES (See also TRANSPORTATION)
   Authority of school bus driver, 113.23 Bus driver medical examination, 113.24 Bus driver safety (Safe
   Driver Plan), 113.25 Buses: use, operation and private transportation, 113.28 School bus driver,
   113.21 School bus driver training requirements, 113.22 School bus safety program, 113.20 Special
   uses of school buses, 113.27 Student conduct on school buses, 113.26

SCHOOL DISTRICT
   Scope, 30.01

SEXUAL HARASSMENT (See DISCRIMINATION, HARASSMENT)

SMOKING (See EMPLOYEES AND STAFF)

STUDENT ACHIEVEMENT ACTIVITIES (See INSTRUCTION MATERIALS AND GENERAL
   INSTRUCTION POLICIES)

STUDENT HEALTH (See also POLICIES AND POLICY BOOK)
   Administering medicine to students, 191.04
   Blood glucose monitoring (testing) site, 191.03
   Lice, 191.06
   Return after illness, 191.05
   Student health services program, 191.01
   Wellness policy, 191.02

STUDENT PROGRESSION; GRADUATION
   Accelerated high school graduation options, 170.073
   Graduation for students, 170.072
   Notice, selection and general rules of school graduation options, 170.074
   Report cards, 170.071
   Student progression plan, 170.070

SUSPENSION (See PUNISHMENT OF STUDENTS)

TEACHER AUTHORITY IN CLASSROOM
   Definitions, 72.02
   Maintenance of appropriate records, 72.12
   Parental involvement in process, 72.10
   Placement Review Committee, 72.06
   Placement Review Committee for exceptional education students or Section 504 students, 72.07
   Placement Review Committee for limited English proficient students (LEP), 72.08
   Purpose and legislative intent, 72.01
   Removal for repeated interference in the classroom, 72.03
   Removal for unruly, disruptive or abusive behavior, 72.04
   Staff development, 72.11
   Teacher authority, 72.09
   Temporary placement prior to Placement Committee recommendation, 72.05

TEXTBOOKS, LIBRARY BOOKS AND OTHER INSTRUCTIONAL MATERIALS (See also
   INSTRUCTION MATERIALS AND GENERAL INSTRUCTION POLICIES)
   Generally, 170.056

TRANSPORTATION (See also SCHOOL BUSES)
    Accident prevention and safety procedures, 113.06
    Employee use of District-owned vehicles, 113.07
    Parental transportation responsibilities, 113.03
    Recording and reporting of student transportation FTE data, 113.01
    School Board responsibility for transportation, 113.05
    Transportation eligibility, 113.04
    Transportation service management, 113.02

TRUANCY (See NONATTENDANCE AND HABITUAL TRUANCY)

TUITION
    Nonresident tuition fee, 190.04

TUTORING (See EMPLOYEES AND STAFF)

VOCATIONAL INSTRUCTION (See ADULT EDUCATION; VOCATIONAL INSTRUCTION,
    DISTRICT STAFF AND EMPLOYEES, DISTRICT SUPERINTENDENT)

VOLUNTEERS
    From the community, 210.02

WORKPLACE POLICIES (See also COMPLAINTS, DISCRIMINATION)
    Background screening, 153.60
    Drug free workplace, 153.01
    Employees with AIDS or AIDS/ARC
        Advisory panel protocol, 153.46
        Advisory panel responsibilities, 153.45
        Composition of advisory panel, 153.44
        Conditions which may warrant convening of advisory panel, 153.43
        Confidentiality, 153.42
        School District of DeSoto County Customer Complaint Form, Ch. 153, App. A
        Statement of purpose, 153.40
        Training and evaluation, 153.41
        Federal Drug and Alcohol Testing Program
        Alcohol and prescription drugs statement, 153.24
        Definitions, 153.21
        Disciplinary action, 153.28
        Drug-free workplace, 153.20
        Employee physical examinations/screening/health services statement, 153.25
        Employer protection, 153.29
        Illegal drugs statement, 153.22
        Notice provisions, 153.30
        Pre-employment drug screening, 153.27
        Reporting, 153.23
        Testing and analysis, 153.26
        Prohibition of race/national origin harassment, 153.02
        Prohibition of sexual harassment, 153.03
        Soliciting and collecting money from students, 153.04

ZERO TOLERANCE (See POLICIES AND POLICY BOOK )

# SCHOOL DISTRICT OF DESOTO COUNTY
## TABLE OF CONTENTS

Chapter

## TITLE I:  GENERAL PROVISIONS

10.  General Provisions

## TITLE III:  FOUNDATION AND BASIC COMMITMENTS

30.  General Provisions

## TITLE V:  SCHOOL BOARD GOVERNANCE AND OPERATIONS

50.  District School Board
51.  School Advisory Councils

## TITLE VII:  GENERAL SCHOOL ADMINISTRATION

70.  District Superintendent
71.  District Staff and Employees
72.  Teacher Authority in Classroom

## TITLE IX:  FISCAL MANAGEMENT

90.  General Provisions
91.  Purchasing and Bidding
92.  Investment Policy
93.  Community Use of School Facilities

## TITLE XI:  SUPPORT SERVICES

110. General Provisions
111. Food Service
112. Safety and Security
113. Transportation

## TITLE XIII:  FACILITIES DEVELOPMENT

130. Facilities Planning

## TITLE XV:  PERSONNEL

150. General Provisions
151. Leaves of Absence
152. Employee Code of Conduct Instructional Support Staff
153. Workplace Policies
154. Adult Education; Vocational Instruction

# TITLE XVII:  INSTRUCTION

170. General Instruction Policies

# TITLE XIX:  STUDENTS

190. General Policies
191. Student Health
192. School Attendance
193. Monitoring and Remediating Nonattendance and Habitual Truancy
194. Punishment of Students
195. School Policies

# TITLE XXI: COMMUNITY-SCHOOL RELATIONS

210. General Provisions

# PARALLEL REFERENCES

References to Florida Statutes
References to State Board of Education Regulations
References to School Board Policies

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMBER HATCHER, and GREGORY
HATCHER, by her next friend
    Plaintiffs,

vs.                   Case Number: 2:13-cv-138-Ftm-99DNF

DESOTO COUNTY SCHOOL DISTRICT
BOARD OF EDUCATION, SHANNON
FUSCO, ERMATINE JONES and ADRIAN
CLINE,
    Defendants.

---

### AFFIDAVIT OF SHANNON FUSCO

BEFORE ME, the undersigned notary public, personally appeared Shannon Fusco, who, being duly sworn, deposes and says:

1.    I am over the age of eighteen (18) years of age and have personal knowledge of the matters stated herein.

2.    At all times relevant to these proceedings, I was and am an employee of the Desoto County School District.

3.    I was the Principal of Desoto County High School during the 2012 school year.

4.    As part of my duties as an employee of the Desoto County School District, I am familiar with the policies of my employer.

5.    My position as principal did not give me final policymaking authority at Desoto County High School.   My decisions were always subject to review by the School Superintendent or the School Board.

00182724.DOCX



6.  It is the policy of the Desoto County School District that students have a right to "hear, examine, and express divergent points of view, including freedom of speech, written expression and symbolic expression." This is codified by the District in the publication "Student's Rights and Responsibilities," which is attached to this affidavit.

7.  Section 210.03 of the School Board Policy manual also provides that students have the right to express their opinion and points of view, although the distribution of printed material shall be subject to prior approval.

8.  I was approached by Amber Hatcher regarding her desire to organize a "Day of Silence" event at the School. She wanted this event to take place at Desoto County High School and her planned event would include participation in the class room during instructional time. Ms. Hatcher did not provide any printed material to me for approval.

9.  I forwarded her request to the School Superintendent, who did not approve the activity. The School Superintendent did not provide me any instructions or guidelines as to what acts would be permitted or not permitted. In absence of instructions to the contrary, I would follow the published school policies in any given situation.

10. Ms. Hatcher was informed of the Superintendent's decision. Ms. Hatcher decided to contact the Superintendent directly.

11. I was directed by the Superintendent to inform Ms. Hatcher of his decision. I again explained his decision to Ms. Hatcher.

12.    I informed Ms. Hatcher's father of Ms. Hatcher's plans and the Superintendent's decision.

13.    I would not have taken any action against Ms. Hatcher for any of her activities that were consistent with the Student's Rights and Responsibilities guidelines and with Section 210.03 of the School Board Policy manual.

14.    I did not witness any of Ms. Hatcher's activities relating to the Day of Silence.

15.    I was advised by the Dean of Students that Ms. Hatcher had been belligerent and insubordinate to her and had been disciplined for that behavior.

16.    I am not aware of any disciplinary action that was taken against Ms. Hatcher as it relates to her expressive conduct for her observance of "Day of Silence."

17.    I am not aware of any decisions by the School Superintendent or the School Board to handle this year's "Day of Silence" different from the published school policies.


FURTHER AFFIANT SAYETH NOT.


SHANNON FUSCO

STATE OF FLORIDA
COUNTY OF Desoto

    The foregoing instrument was sworn to and subscribed before me by
_____ who is personally known to me, or who has produced the following type of
identification: _____ on this 18TH day of March,
2013.

My Commission Expires:

                                _____
                                  Notary Public

                                LINDA  L.  QUEZADA
                                Printed Notary Name

LINDA L. QUEZADA
Commission # EE 025604
Expires November 30, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

# STUDENT'S RIGHTS AND RESPONSIBILITIES

| STUDENTS HAVE THE RIGHT TO: | STUDENTS HAVE THE RESPONSIBILITY TO: |
|---|---|
| 1.  be informed of all school rules and the consequences of breaking those rules. | 1.  observe all school rules or suffer the consequences of unacceptable behavior.  Students will be familiar with the District Code of Student Conduct and the school Student Handbook. |
| 2.  be shown personal respect by all other students and school personnel. | 2.  show respect to all other students and school personnel. |
| 3.  make appropriate use of school facilities, properties, and materials. | 3.  respect and protect school facilities, properties, and materials. |
| 4.  attend school and benefit from quality educational opportunities. | 4.  attend school and all classes on a regular basis. |
| 5.  have access to an appropriate education, including instruction and use of materials and tests, at a level which allows an opportunity for success. | 5.  participate in educational opportunities, completing classroom assignments and homework to the best of their ability. |
| 6.  hear, examine, and express divergent points of view, including freedom of speech, written expression and symbolic expression. | 6.  consider and respect the divergent point of view of others.  Be sure that personal expressions (speech, written or symbolic) do not infringe on the rights of others. |
| 7.  know in advance how grades in a class will be determined. | 7.  understand the teachers' grading systems, monitoring their own progress in each class. |
| 8.  enjoy a reasonable degree of personal privacy. | 8.  keep their persons and property free of dangerous or illegal objects, materials and substances. |
| 9.  participate in extracurricular activities and clubs if they qualify academically.   Students may not be excluded on the basis of sex (except as allowed under Title IX), color, race, ethnic origin, religion or handicap. | 9.  abide by the rules of extracurricular activities - display school spirit and good sportsmanship. |

## STUDENT'S RIGHTS AND RESPONSIBILITIES CONTINUED:

| STUDENTS HAVE THE RIGHT TO: | STUDENTS HAVE THE RESPONSIBILITY TO: |
|---|---|
| 10. choose whether or not to participate in patriotic or religious activities. | 10. respect the rights of others to participate in patriotic or religious activities. |
| 11. receive personal, academic, and vocational counseling. | 11. seek personal, academic, and vocational counseling. |
| 12. receive due process in all disciplinary actions, including an appeal procedure. | 12. cooperate with school personnel in cases involving disciplinary actions, following prescribed steps for an appeal and accepting final decisions. |
| 13. dress comfortably in a manner appropriate to a school setting. | 13. dress in a way not offensive to others. |
| 14. assemble peacefully on school grounds. | 14. assemble so as not to disrupt the educational process. |
| 15. participate in school government based on a democratic process. | 15. take an active interest in student government. |
| 16. remain in the school program if married, if a parent, or if pregnant. | 16. seek regular medical advice regarding school attendance. |
| 17. have access to records and/or transcripts as provided by statute. | 17. provide the school with all information relevant to making educational decisions. |
| 18. be free from all forms of sexual harassment by any person at school or school-sponsored activities. | 18. avoid making unwelcome and inappropriate verbal, written or physical conduct of a sexual nature. |
| 19. attend a school that is safe and free from unlawful drugs and alcohol. | 19. not possess or use any unlawful drugs and/or alcohol at school or school-sponsored activities. |
| 20. attend a school that is safe and free from weapons and weapon look-a-likes. | 20. not possess or use weapons or weapon look-a-likes at school or school-sponsored activities. |

13

## 210.03 STUDENT DISTRIBUTION OF LITERATURE AND MATERIALS.

District schools are nonpublic forums. Only students enrolled at a specific school shall be permitted to distribute material under this rule. Students have the right to express their opinion and points of view subject to reasonable time, place and manner limitations consistent with law. Students shall obtain prior approval from the Principal to distribute material.

(A) Approval for distribution of material shall be granted unless the Principal determines that the material is lewd or obscene, promotes disruption of the orderly operation of the school, contains statements which may be libelous or slanderous, contains statements which invade personal rights of privacy, may cause embarrassment or ridicule to students or others and/or advocates violence or illegal activity. Nothing in this provision shall be interpreted to prohibit the distribution of religious or political literature, provided such material does not otherwise violate the limitations contained herein.

(B) Approval shall be granted or denied within a reasonable time of submittal of the material for approval.

(C) Material shall only be distributed prior to the beginning of the school day, during the student's school lunch period, during class change time or following the end of the student's school day. Distribution location(s) on the campus shall be designated by the Principal. Distribution shall be permitted prior to the beginning of the student attendance day following the end of the student attendance day and during the student's school lunch period.

(D) Distribution shall be conducted in an orderly manner and shall not disrupt school operation.

(E) Students who distribute material without prior approval at time(s) or location(s) other than authorized herein may be disciplined in accordance with procedures as stated in the Student Conduct and Discipline Code.

(F) Students shall not bring printed material on campus which is lewd or obscene, promotes disruption of the orderly operation of the school, contains statements which may be libelous or slanderous, contain statements which invade personal rights of privacy, may cause personal embarrassment or ridicule to students, school faculty and/or staff or that advocates violence or illegal activity.
(SBP KJA, passed 2-24-1998; Am. 3-23-1999)
*School code reference:*
    *General authority, see F.S. § 1001.41*

## Information about Amber Hatcher attacher to Joens email

\\lidal-fd1\Redirection$\boone$\My Documents\scripet$\guy request\Amber Hatcher attacher to Joe...



**Compatibility Mode**
Some new features are disabled to prevent problems when working with previous versions of Office. Converting this file will enable these features, but may result in layout changes.

Convert



**Permissions**
Anyone can open, copy, and change any part of this document.

Protect Document ▾



**Prepare for Sharing**
Before sharing this file, be aware that it contains:
- Document properties and author's name
- Content that cannot be checked for accessibility issues because of the current file type

Check for Issues ▾



**Versions**
There are no previous versions of this file.

Manage Versions ▾



**Properties ▾**
| | |
|---|---|
| Size | 24.6KB |
| Pages | 1 |
| Words | 515 |
| Total Editing Time | 44 Minutes |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |

**Related Dates**
| | |
|---|---|
| Last Modified | 8/16/2012 2:46 PM |
| Created | 5/02/2012 2:10 PM |
| Last Printed | Today |

**Related People**
| | |
|---|---|
| Author | Jones, Ernestine |
| | Add an author |
| Last Modified By | Jones, Ernestine |

**Related Documents**
Open File Location

Show All Properties

EXHIBIT JS

5

10-9-13  FUSCO

## Legal Discovery

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 1:41 PM
**To:** Barnwell, Melba
**Subject:** RE: students wearing packards today

I think John and I talked to less than two dozen between us. There were more, but the message would have spread. It was within the gothic group. None of the students I talked to gave me any trouble.

sdf

**Shannon D. Fusco**
**Assistant Principal**
**DeSoto High School**
"To empower all students to become life-long learners able to compete in today's society"

**From:** Barnwell, Melba
**Sent:** Friday, April 15, 2011 1:37 PM
**To:** Fusco, Shannon
**Subject:** RE: students wearing packards today

Hi Shannon,

How many students are we talking about?
Mel

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:59 AM
**To:** Lewis, Jan; Barnwell, Melba
**Cc:** Steele, Mike; Fusco, Shannon
**Subject:** FW: students wearing packards today

Fyi-

Mr. Diehl and I have spoken to several students personally and notified the teachers of this group demonstrating today. I believe it is a gay/lesbian organization; I didn't list the name in the email to the teachers because I couldn't remember the full name, and the name is not important; any group follows the same rules.

sdf



DESOTO/CLINE/FUSCO/JONES000220

Shannon D. Fusco
Assistant Principal
DeSoto High School
"To empower all students to become life-long learners able to compete in today's society."

---

**From:** Fusco, Shannon
**Sent:** Friday, April 15, 2011 10:56 AM
**To:** DHS Teachers
**Subject:** students wearing packards today

Teachers,

We have a group of students today wearing signs of a national day of silence for an organization. As this is a nationally recognized group, and these students did not follow proper channels required for any group to have a "day" here, they have been told to remove their advertisement.

If they ask, please explain that any group who wishes to be represented at school has to follow the proper channels of filling out activity permission forms which must be approved.

Thank you, and have a good weekend.

sdf

Shannon D. Fusco
Assistant Principal
DeSoto High School
"To empower all students to become life-long learners able to compete in today's society."

DESOTO/CLINE/FUSCO/JONES000221



EXHIBIT J5

DESOTO/CLINE/FUSCO/JONES000048

Thursday, March 29th, 2012

Dear Mrs.Fusco, (and anyone else who this may concern)

The national Day of Silence (DOS) is an organized event to peacefully and silently protest anti-Lesbian, Gay, Bisexual, and Transgender (LGBT) bullying. This year, DOS is on April 20th, 2012. This event was attempted by students at the school last year without approval from administration. I would like to prevent a repeat performance this year by gaining your approval and allowing the DOS to be a school-sanctioned event.

This does not mean that you'll have to do anything. In fact, I'll most likely be doing most of the legwork for the event. We just sincerely hope that you'll allow us to participate in the DOS without resistance from Administration. I've personally researched the legal rights of the students and actively acknowledge that there are restrictions in place. According to Lambda Legal, "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause." However, this right to free speech doesn't extend to classroom time. "If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer."

We don't want the DOS to interfere with your teachers' lessons. Our goal is not to affect the learning experience of our fellow students- if anything, we want to educate. The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. Our silence symbolizes that which members of the LGBT community face when confronted about their sexuality by peers, family members, and others. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem and let students who experience such bullying know that they are not alone and ask schools to take action to address the problem. Why shouldn't we?

The day is a positive educational experience. The DOS is an opportunity for students to work toward improving school climate for all students. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school. How positive and uplifting would a day of peaceful protestation against

anti-LGBT bullying be?

Enclosed is an official letter from Christine P.SUN, a senior council member of the ACLU LGBT Project

I know that you are a busy woman, Mrs.Fusco, and I think I'll wrap it up from here. Thank you for your time and consideration. For more information on the DOS, please visit http://www.dayofsilence.org .

Sincerely,

*Amber Hatcher*

Amber Hatcher,
A hopeful student.

DESOTO/CLINE/FUSCO/JONES000049

LEGAL DEPARTMENT
LESBIAN GAY
BISEXUAL
TRANSGENDER &
AIDS PROJECT



January 28, 2011

Dear Principal or Educator,

We are writing in support of students at your school who would like to participate in the Day of Silence. The Day of Silence project (www.dayofsilence.org) is one of the largest student-led actions in the country. The purpose is to silently and peacefully protest anti-lesbian, gay, bisexual, and transgender (LGBT) bullying, harassment, and name calling. As evidenced by recent tragedies, awareness and attention to this issue is needed now more than ever. Because students who are targeted for anti-gay or anti-transgender bullying often do not identify as LGBT, the Day of Silence represents a peaceful protest of a problem that affects *all students no matter their sexual orientation or gender identity.*

On April 15, 2011 students will be taking a vow of silence to represent the silence faced by LGBT people and their allies everyday. Typically, on the Day of Silence, rather than speaking, participants hand out "speaking cards" explaining their reasons for remaining silent throughout the day. There are numerous ways in which Day of Silence participants can meet their academic responsibilities without speaking. With the support of teachers, students could lead or take part in a "silent lesson" or complete a written assignment.

We hope that your administration will support the students who wish to participate in the Day of Silence. The Day of Silence is an opportunity for students to take the initiative to teach one another about diversity, respect and safety for all students. Students gain leadership skills, provide a valuable service to the school community and empower themselves by realizing their ability to make a difference in their school.

If you are unwilling to accommodate the students' desire to remain silent during classroom instruction, we hope that you will nonetheless support them in the peaceful expression of their beliefs (for example, through t-shirts or the "speaking cards" or other materials about the Day of Silence) during the non-curricular portions of the school day. Although you may be concerned that other students may react disruptively to the Day of Silence, school officials may not prohibit students from engaging in speech out of "an urgent wish to avoid the controversy which might result from the expression." *Tinker v. Des Moines*, 393 U.S. 505, 510-11 (1969). Nor may school officials censor student expression out of "a mere desire to avoid the discomfort and unpleasantness that always accompany an unpopular viewpoint." *Id.* at 509; *see also Cox v. Louisiana*, 379 U.S. 536,551 (1965) (holding that "constitutional rights may not be denied simply because of hostility to their assertion or exercise.").

OFFICERS AND DIRECTORS

Moreover, as a recent decision by a federal court made clear, student speech that promotes the fair and equal treatment of LGBT people is constitutionally protected political speech. *See Gillman v. School Board for Holmes County,* 567 F.Supp.2d 1359 (N.D.Fla. 2008). The court explained, "political speech involving a controversial topic such as homosexuality is likely to spur some debate, argument, and conflict. Indeed, the issue of equal rights for citizens who are homosexual is presently a topic of fervent discussion and debate within the courts, Congress, and the legislatures of the States, including Florida. The nation's high school students, some of whom are of voting age, should not be foreclosed from that national dialogue." *Id.* After a two day trial, the court issued an injunction against the school district and ultimately the district had to pay $325,000 in attorneys' fees to the student-plaintiff.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

If you have a reasonable belief that other students may react hostilely to those who are participating in the Day of Silence, we encourage you to take appropriate security measures to punish the disruptive students and to protect those students who are peacefully engaging in their right to free expression. The law is clear that school officials may not censor peaceful expression solely because other students will have a hostile reaction. *See Butts v. Dallas Indep. Sch. Dist.*, 436 F.2d 728, 731 (5th Cir. 1971) ("We do not agree that the precedential value of the *[Tinker]* decision is nullified whenever a school system is confronted with disruptive activities or the possibility of them. Rather we believe that the Supreme Court has declared a constitutional right which school officials must nurture and protect and not extinguish, unless they find the circumstances allow them no practical alternative."); *Holloman v. Harland,* 370 F.3d 1252 (11th Cir. 2004) (concluding that school officials have the duty to punish disruptive behavior, not prohibit the plaintiff's speech, because "allowing a school to curtail a student's freedom of expression based on such factors turns reason on its head.").

Please do not hesitate to contact the Project if you have any questions about the above or if we can be of any assistance to you. We can be reached via email at getequal@aclu.org.

Very Truly Yours,

Christine P. Sun
Senior Counsel
ACLU LGBT Project

DESOTO/CLINE/FUSCO/JONES000051

**Connie Collins**

From:         Olive, Jami
Sent:         Thursday, March 29, 2012 3:06 PM
To:           Barnwell, Melba
Subject:      Day of Silence

Good afternoon,

I am sending over, thru inter office mail, a letter from a student regarding the national Day of Silence. Mrs. Fusco has stated that last year it was stopped due to it being a form of protest and we do not allow any forms of protest on campus. She would just like you to pass the information along to Mr. Cline in hopes of receiving an official word on the subject.

Thank you,

*Jami Olive*
*DeSoto County High School*
*Principal's Secretary*
*863-494-3434 ext. 203*

*'what a child can do today with assistance, she will be able to do by herself tomorrow'*

1



DISTRICT PPR000408

## Legal Discovery

| | |
|---|---|
| **From:** | Lewis, Jan |
| **Sent:** | Monday, April 02, 2012 8:11 AM |
| **To:** | Cline, Adrian |
| **Cc:** | Barnwell, Melba |
| **Subject:** | Day of Silence |
| **Attachments:** | Untitled.PDF - Adobe Acrobat Pro.pdf |

25



tabbies®

10-9-13 FUSCO

EXHIBIT JJ

## Connie Collins

| | |
|---|---|
| From: | Cline, Adrian |
| Sent: | Monday, April 02, 2012 5:51 PM |
| To: | Fusco, Shannon |
| Cc: | Barnwell, Melba; Lewis, Jan |
| Subject: | Day of Silence |
| Attachments: | Untitled.PDF - Adobe Acrobat Pro.pdf; Adrian H Cline.vcf |



Principal Fusco:

It is inconsistent with the district's past practice to approve student protests on any of our campuses. The attached is disapproved.



Adrian H. Cline
Superintendent of Schools
DeSoto County School District

(863) 494-4222 x110
adrian.cline@desoto.k12.fl.us

530 La Solona Ave.
34266 FL

1



EXHIBIT JS
10
10-9-13 Fusco

Thursday, March 29th, 2012

Dear Mrs.Fusco, (and anyone else who this may concern)

The national Day of Silence (DOS) is an organized event to peacefully and silently protest anti-Lesbian, Gay, Bisexual, and Transgender (LGBT) bullying. This year, DOS is on April 20th, 2012. This event was attempted by students at the school last year without approval from administration. I would like to prevent a repeat performance this year by gaining your approval and allowing the DOS to be a school-sanctioned event.

This does not mean that you'll have to do anything- in fact, I'll most likely be doing most of the legwork for the event. We just sincerely hope that you'll allow us to participate in the DOS without resistance from Administration. I've personally researched the legal rights of the students and actively acknowledge that there are restrictions in place. According to Lambda Legal, "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause." However, this right to free speech doesn't extend to classroom time. "If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer."

We don't want the DOS to interfere with your teachers' lessons. Our goal is not to affect the learning experience of our fellow students- if anything, we want to educate. The Day of Silence's purpose is to bring attention to anti-LGBT name-calling, bullying and harassment and effective responses. Our silence symbolizes that which members of the LGBT community face when confronted about their sexuality by peers, family members, and others. The goal of the Day of Silence is to make schools safer for all students, regardless of sexual orientation and gender identity/expression. In a Harris Interactive study on bullying, students said two of the top three reasons students are harassed in school are actual or perceived sexual orientation and gender expression. Additionally, nearly 9 out of 10 LGBT students experience harassment at school. Students across the country participate in the Day of Silence to bring attention to this problem and let students who experience such bullying know that they are not alone and ask schools to take action to address the problem. Why shouldn't we?

The day is a positive educational experience. The DOS is an opportunity for students to work toward improving school climate for all students. The day is most successful when schools and students work together to show their commitment to ensuring safe schools for all students. Many schools allow students' participation throughout the day. Some schools ask students to speak as they normally would during class and remain silent during breaks and at lunch. There is no single way to participate, and students are encouraged to take part in the way that is the most positive and uplifting for their school. How positive and uplifting would a day of peaceful protestation against

anti-LGBT bullying be?

Enclosed is an official letter from Christine P.SUN, a senior council member of the ACLU LGBT Project

I know that you are a busy woman, Mrs.Fusco, and I think I'll wrap it up from here. Thank you for your time and consideration. For more information on the DOS, please visit http://www.dayofsilence.org .

Sincerely,

*Amber Hatcher*

Amber Hatcher,
A hopeful student.

DISTRICT PPR000395

LEGAL DEPARTMENT
LESBIAN GAY
BISEXUAL
TRANSGENDER &
AIDS PROJECT



AMERICAN CIVIL LIBERTIES
UNION FOUNDATION



OFFICERS AND DIRECTORS

January 28, 2011

Dear Principal or Educator,

We are writing in support of students at your school who would like to participate in the Day of Silence. The Day of Silence project (www.dayofsilence.org) is one of the largest student-led actions in the country. The purpose is to silently and peacefully protest anti-lesbian, gay, bisexual, and transgender (LGBT) bullying, harassment, and name calling. As evidenced by recent tragedies, awareness and attention to this issue is needed now more than ever. Because students who are targeted for anti-gay or anti-transgender bullying often do not identify as LGBT, the Day of Silence represents a peaceful protest of a problem that affects *all students no matter their sexual orientation or gender identity.*

On April 15, 2011 students will be taking a vow of silence to represent the silence faced by LGBT people and their allies everyday. Typically, on the Day of Silence, rather than speaking, participants hand out "speaking cards" explaining their reasons for remaining silent throughout the day. There are numerous ways in which Day of Silence participants can meet their academic responsibilities without speaking. With the support of teachers, students could lead or take part in a "silent lesson" or complete a written assignment.

We hope that your administration will support the students who wish to participate in the Day of Silence. The Day of Silence is an opportunity for students to take the initiative to teach one another about diversity, respect and safety for all students. Students gain leadership skills, provide a valuable service to the school community and empower themselves by realizing their ability to make a difference in their school.

If you are unwilling to accommodate the students' desire to remain silent during classroom instruction, we hope that you will nonetheless support them in the peaceful expression of their beliefs (for example, through t-shirts or the "speaking cards" or other materials about the Day of Silence) during the non-curricular portions of the school day. Although you may be concerned that other students may react disruptively to the Day of Silence, school officials may not prohibit students from engaging in speech out of "an urgent wish to avoid the controversy which might result from the expression." *Tinker v. Des Moines,* 393 U.S. 505, 510-11 (1969). Nor may school officials censor student expression out of "a mere desire to avoid the discomfort and unpleasantness that always accompany an unpopular viewpoint." *Id.* at 509; *see also Cox v. Louisiana,* 379 U.S. 536,551 (1965) (holding that "constitutional rights may not be denied simply because of hostility to their assertion or exercise.").

Moreover, as a recent decision by a federal court made clear, student speech that promotes the fair and equal treatment of LGBT people is constitutionally protected political speech. *See Gillman v. School Board for Holmes County, 567* F.Supp.2d 1359 (N.D.Fla. 2008). The court explained, "political speech involving a controversial topic such as homosexuality is likely to spur some debate, argument, and conflict. Indeed, the issue of equal rights for citizens who are homosexual is presently a topic of fervent discussion and debate within the courts, Congress, and the legislatures of the States, including Florida. The nation's high school students, some of whom are of voting age, should not be foreclosed from that national dialogue." *Id.* After a two day trial, the court issued an injunction against the school district and ultimately the district had to pay $325,000 in attorneys' fees to the student-plaintiff.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

If you have a reasonable belief that other students may react hostilely to those who are participating in the Day of Silence, we encourage you to take appropriate security measures to punish the disruptive students and to protect those students who are peacefully engaging in their right to free expression. The law is clear that school officials may not censor peaceful expression solely because other students will have a hostile reaction. *See Butts v. Dallas Indep. Sch. Dist.,* 436 F.2d 728, 731 (5th Cir. 1971) ("We do not agree that the precedential value of the *[Tinker]* decision is nullified whenever a school system is confronted with disruptive activities or the possibility of them. Rather we believe that the Supreme Court has declared a constitutional right which school officials must nurture and protect and not extinguish, unless they find the circumstances allow them no practical alternative."); *Holloman v. Harland,* 370 F.3d 1252 (11th Cir. 2004) (concluding that school officials have the duty to punish disruptive behavior, not prohibit the plaintiff's speech, because "allowing a school to curtail a student's freedom of expression based on such factors turns reason on its head.").

Please do not hesitate to contact the Project if you have any questions about the above or if we can be of any assistance to you. We can be reached via email at getequal@aclu.org.

Very Truly Yours,

Christine P. Sun
Senior Counsel
ACLU LGBT Project

## Legal Discovery

**From:** Fusco, Shannon
**Sent:** Monday, April 02, 2012 6:12 PM
**To:** Cline, Adrian
**Subject:** Re: Day of Silence

Thank you. I turned it down last year for the same reason.

Shannon Fusco

----- Original Message -----
From: Cline, Adrian
Sent: Monday, April 02, 2012 05:50 PM
To: Fusco, Shannon
Cc: Barnwell, Melba; Lewis, Jan
Subject: Day of Silence

Principal Fusco:

It is inconsistent with the district's past practice to approve student protests on any of our campuses. The attached is disapproved.

Description: Cline signature

19



| | |
|---|---|
| **From:** | Amber Hatcher <amberh720@hotmail.com> |
| **Sent:** | Tuesday, April 10, 2012 7:37 AM |
| **To:** | Cline, Adrian |
| **Subject:** | National Day Of Silence |

Dear Mr. Cline,

This year, the National Day Of Silence (DOS), an anti-bullying campaign and peaceful protest, falls on April 20th, 2012. I, despite being a student (and a Freshman at that!), have been attempting to organize the DOS with Mrs. Fusco for about a week. Unfortunately, Mrs. Fusco informed me that peaceful protests are against District Policy and that you denied permission for us to participate at DHS. Thankfully, I've been able to find out District Policy, which specifically *gives us* the right to peacefully assemble.

According to Student Rights And Responsibilities (http://desotoschools.com/Home/school_info/Student%20Rights%20and%20Responsibilities.pdf); students have the right to " Hear, examine, and express divergent points of view, including freedom of speech, written expression, and symbolic expression," granted that we, "consider and respect the divergent point of view of others," and," Be sure that personal expressions (speech, written, or symbolic) do not infringe on the rights of others." We also have the right to, "assemble peacefully on school grounds," as long as we," assemble do as not to disrupt the educational process." Also, According to Lambada Legal (The attorney's office that has dealt with the legal side of DOS); " Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause."

This does not mean students can say—or not say—anything they want at all times. There are some limits on free speech rights at school. For example, schools have some control over students' speech in the classroom or during other supervised, school-sponsored activities. If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer. Students who want to remain silent during class on the Day of Silence are less likely to encounter problems if they seek permission from their teachers beforehand. However, school officials are NOT allowed to discriminate against you based on your message. In other words, school officials may not censor a student just because they disapprove of the student's ideas because the student's speech makes them uncomfortable or because they want to avoid controversy Outside of the classroom, in areas like hallways and cafeterias, students have a much broader right to free speech. Schools can't censor students unless they use lewd or foul language, promote illegal drug use, harass other students or substantially disrupt the school environment."

Mr. Cline, allowing us to participate in the DOS will do no harm. Our goal is to make students aware of bullying and try to stop it. Here are seven reasons that allowing us the participate in the DOS would be beneficial to you:

1.) Allowing students to participate on April 20th, which coincedentally falls on National Marijuana Appriciation Day, removes the day's theme of drug appriciation and replaces it with a theme of acceptance.

2.) Allowing students to participate will make them more aware of bullying, and also gives a message that *any* type of bullying is unacceptable.

3.) Allowing students to participate gives members of our community a sense that the administration cares.

4.) Allowing students to participate will give the school a sense of unity.

5.) Allowing students to participate on that day will make classes quieter. We may even be able to deter disruption!

1

EXHIBIT

DESOTO/ 10-9-13 Fusco 00144

6.) Allowing students to participate gives a chance to spread awareness.

7.) Participants may be a "sounding board," a non-judgemental party for students to relate to and speak out against their antagonists.

Honestly, we aren't asking for much. All that we desire is the cooperation of administration and to be allowed to put up posters. Many of the students who plan to participate will do so, whether administration approves or not. I just want to save myself and my peers from disciplinary action and help our school. Thank you for your time.

Sincerely, Amber Hatcher,

A hopeful student.

2

DESOTO/CLINE/FUSCO/JONES000145

## Cline, Adrian

**From:** Cline, Adrian
**Sent:** Thursday, April 12, 2012 8:15 PM
**To:** Fusco, Shannon
**Subject:** National Day Of Silence
**Attachments:** Adrian H Cline.vcf
**Signed By:** adrian.cline@desoto.k12.fl.us

**Importance:** High



Principal Fusco:

Please clarify my position with Miss Hatcher. I indicated the following in an email to you on April 2, 2012:

- It is inconsistent with the district's past practice to approve student protests on any of our campuses. The attached is disapproved.

I did not refer to a specific policy. Since this is classified as a protest, as evidenced by the submitted documents, I will not approve the activity on our campuses. This *past practice* position needs to be discussed with Miss Hatcher on April 13, 2012.





Adrian H. Cline
Superintendent
School District of DeSoto

(863) 494-4222 x110
adrian.cline@desoto.k12.fl.us

Post Office Drawer 2000
Arcadia, Florida 34265

**From:** Amber Hatcher [mailto:amberh720@hotmail.com]
**Sent:** Thursday, April 12, 2012 7:24 AM
**To:** Cline, Adrian
**Subject:** [Urgent] National Day Of Silence
**Importance:** High

EXHIBIT 13

10-9-13 / FUSCO

1

DESOTO/CLINE/FUSCO/JONES003100

From: amberh720@hotmail.com
To: adrian.cline@desoto.k12.fl.us
Subject: National Day Of Silence
Date: Tue, 10 Apr 2012 11:36:47 +0000

Dear Mr. Cline,

This year, the National Day Of Silence (DOS), an anti-bullying campaign and peaceful protest, falls on April 20th, 2012. I, despite being a student (and a Freshman at that!), have been attempting to organize the DOS with Mrs. Fusco for about a week. Unfortunately, Mrs. Fusco informed me that peaceful protests are against District Policy and that you denied permission for us to participate at DHS. Thankfully, I've been able to find out District Policy, which specifically *gives us* the right to peacefully assemble.

According to Student Rights And Responsibilities
(http://desotoschools.com/Home/school_info/Student%20Rights%20and%20Responsibilities.pdf); students have the right to " Hear, examine, and express divergent points of view, including freedom of speech, written expression, and symbolic expression," granted that we, "consider and respect the divergent point of view of others," and," Be sure that personal expressions (speech, written, or symbolic) do not infringe on the rights of others." We also have the right to, "assemble peacefully on school grounds," as long as we," assemble do as not to disrupt the educational process." Also, According to Lambada Legal (The attorney's office that has dealt with the legal side of DOS); " Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause.

This does not mean students can say—or not say—anything they want at all times. There are some limits on free speech rights at school. For example, schools have some control over students' speech in the classroom or during other supervised, school-sponsored activities. If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer. Students who want to remain silent during class on the Day of Silence are less likely to encounter problems if they seek permission from their teachers beforehand. However, school officials are NOT allowed to discriminate against you based on your message. In other words, school officials may not censor a student just because they disapprove of the student's ideas because the student's speech makes them uncomfortable or because they want to avoid controversy Outside of the classroom, in areas like hallways and cafeterias, students have a much broader right to free speech. Schools can't censor students unless they use lewd or foul language, promote illegal drug use, harass other students or substantially disrupt the school environment."

Mr. Cline, allowing us to participate in the DOS will do no harm. Our goal is to make students aware of bullying and try to stop it. Here are seven reasons that allowing us the participate in the DOS would be beneficial to you:
1.) Allowing students to participate on April 20th, which coincedentally falls on National Marijuana Appriciation Day, removes the day's theme of drug appridiation and replaces it with a theme of acceptance.
2.) Allowing students to participate will make them more aware of bullying, and also gives a message that *any* type of bullying is unacceptable.
3.) Allowing students to participate gives members of our community a sense that the administration cares.
4.) Allowing students to participate will give the school a sense of unity.
5.) Allowing students to participate on that day will make classes quieter. We may even be able to deter disruption!
6.) Allowing students to participate gives a chance to spread awareness.
7.) Participants may be a "sounding board," a non-judgemental party for students to relate to and speak out against their antagonists.

Honestly, we aren't asking for much. All that we desire is the cooperation of administration and to be allowed to put up posters. Many of the students who plan to participate will do so, whether administration approves or not. I just want to save myself and my peers from disciplinary action and help our school. Thank you for your time.

Sincerely, Amber Hatcher,
A hopeful student.

2

DESOTO/CLINE/FUSCO/JONES003101

| | |
|---|---|
| **From:** | Fusco, Shannon |
| **Sent:** | Thursday, April 12, 2012 8:38 PM |
| **To:** | Cline, Adrian; Fusco, Shannon |
| **Subject:** | RE: National Day Of Silence |

Mr. Cline,

I addressed this issue with Miss Hatcher immediately after you responded to my email on the matter. She has come to me twice since with documentation on why it should be allowed, and I have each time told her no and what the ramifications would be if the protest occurred.

I don't think she plans to disobey, but she was insistant that she could convince you otherwise and was making an appointment.

I will clarify the matter with her again tomorrow morning.

Thank you,
Shannon Fusco

**From:** Cline, Adrian
**Sent:** Thursday, April 12, 2012 8:14 PM
**To:** Fusco, Shannon
**Subject:** National Day Of Silence



Principal Fusco:

Please clarify my position with Miss Hatcher. I indicated the following in an email to you on April 2, 2012:



It is inconsistent with the district's past practice to approve student protests on any of our campuses. The attached is disapproved.

I did not refer to a specific policy. Since this is classified as a protest, as evidenced by the submitted documents, I will not approve the activity on our campuses. This *past practice* position needs to be discussed with Miss Hatcher on April 13, 2012.

*Adrian A. Cline*

1



DESOTO/CLINE/FUSCO/JONES003083



Adrian H. Cline
Superintendent
School District of DeSoto

(863) 494-4222 x110
adrian.cline@desoto.k12.fl.us

Post Office Drawer 2000
Arcadia, Florida 34265

---

**From:** Amber Hatcher [mailto:amberh720@hotmail.com]
**Sent:** Thursday, April 12, 2012 7:24 AM
**To:** Cline, Adrian
**Subject:** [Urgent] National Day Of Silence
**Importance:** High

---

From: amberh720@hotmail.com
To: adrian.cline@desoto.k12.fl.us
Subject: National Day Of Silence
Date: Tue, 10 Apr 2012 11:36:47 +0000

Dear Mr. Cline,

This year, the National Day Of Silence (DOS), an anti-bullying campaign and peaceful protest, falls on April 20th, 2012. I, despite being a student (and a Freshman at that!), have been attempting to organize the DOS with Mrs. Fusco for about a week. Unfortunately, Mrs. Fusco informed me that peaceful protests are against District Policy and that you denied permission for us to participate at DHS. Thankfully, I've been able to find out District Policy, which specifically *gives us* the right to peacefully assemble.

According to Student Rights And Responsibilities
(http://desotoschools.com/Home/school_info/Student%20Rights%20and%20Responsibilities.pdf); students have the right to " Hear, examine, and express divergent points of view, including freedom of speech, written expression, and symbolic expression," granted that we, "consider and respect the divergent point of view of others," and," Be sure that personal expressions (speech, written, or symbolic) do not infringe on the rights of others." We also have the right to, "assemble peacefully on school grounds," as long as we," assemble do as not to disrupt the educational process." Also, According to Lambada Legal (The attorney's office that has dealt with the legal side of DOS); " Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause.
This does not mean students can say—or not say—anything they want at all times. There are some limits on free speech rights at school. For example, schools have some control over students' speech in the classroom or during other supervised, school-sponsored activities. If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer. Students who want to remain silent during class on the Day of Silence are less likely to encounter problems if they seek permission from their teachers beforehand. However, school officials are NOT allowed to discriminate against you based on your message. In other words, school officials may not censor a student just because they disapprove of the student's ideas because the student's speech makes them uncomfortable or because they want to avoid controversy Outside of the classroom, in areas like hallways and cafeterias, students have a much broader right to free speech. Schools can't censor students unless they use lewd or foul language, promote illegal drug use, harass other students or substantially disrupt the school environment."

Mr. Cline, allowing us to participate in the DOS will do no harm. Our goal is to make students aware of bullying and try to stop it. Here are seven reasons that allowing us the participate in the DOS would be beneficial to you:
1.) Allowing students to participate on April 20th, which coincedentally falls on National Marijuana Appriciation Day, removes the day's theme of drug appriciation and replaces it with a theme of acceptance.

2

DESOTO/CLINE/FUSCO/JONES003086

2.) Allowing students to participate will make them more aware of bullying, and also gives a message that **_any_** type of bullying is unacceptable.

3.) Allowing students to participate gives members of our community a sense that the administration cares.

4.) Allowing students to participate will give the school a sense of unity.

5.) Allowing students to participate on that day will make classes quieter. We may even be able to deter disruption!

6.) Allowing students to participate gives a chance to spread awareness.

7.) Participants may be a "sounding board," a non-judgemental party for students to relate to and speak out against their antagonists.

Honestly, we aren't asking for much. All that we desire is the cooperation of administration and to be allowed to put up posters. Many of the students who plan to participate will do so, whether administration approves or not. I just want to save myself and my peers from disciplinary action and help our school. Thank you for your time.

Sincerely, Amber Hatcher,
A hopeful student.

3

DESOTO/CLINE/FUSCO/JONES003087