**Legal Discovery**

| | |
|---|---|
| From: | Barnwell, Melba |
| Sent: | Friday, April 13, 2012 8:10 AM |
| To: | Pella, Karen |
| Subject: | FW: National Day Of Silence |
| Attachments: | image001.gif; image004.jpg; image005.jpg; Adrian H Cline.vcf |

Importance: High

Karen,

Shannon may have already sent this to you, but wanted to be sure. Please let me know once you have met with Amber.

Thanks,
Mel

From: Cline, Adrian
Sent: Thursday, April 12, 2012 8:15 PM
To: Fusco, Shannon
Subject: National Day Of Silence
Importance: High



Principal Fusco:

Please clarify my position with Miss Hatcher. I indicated the following in an email to you on April 2, 2012:

- It is inconsistent with the district's past practice to approve student protests on any of our campuses. The attached is disapproved.

I did not refer to a specific policy. Since this is classified as a protest, as evidenced by the submitted documents, I will not approve the activity on our campuses. This *past practice* position needs to be discussed with Miss Hatcher on April 13, 2012.

17



DESOTO/CLINE/FUSCO/JONES000209

*Adrian H. Cline*



Adrian H. Cline
Superintendent
School District of DeSoto

Post Office Drawer 2000
Arcadia, Florida 34265

(863) 494-4222 x110
adrian.cline@desoto.k12.fl.us

---

**From:** Amber Hatcher [mailto:amberh720@hotmail.com]
**Sent:** Thursday, April 12, 2012 7:24 AM
**To:** Cline, Adrian
**Subject:** [Urgent] National Day Of Silence
**Importance:** High

From: amberh720@hotmail.com
To: adrian.cline@desoto.k12.fl.us
Subject: National Day Of Silence
Date: Tue, 10 Apr 2012 11:36:47 +0000

Dear Mr. Cline,

This year, the National Day Of Silence (DOS), an anti-bullying campaign and peaceful protest, falls on April 20th, 2012. I, despite being a student (and a Freshman at that!), have been attempting to organize the DOS with Mrs. Fusco for about a week. Unfortunately, Mrs. Fusco informed me that peaceful protests are against District Policy and that you denied permission for us to participate at DHS. Thankfully, I've been able to find out District Policy, which specifically *gives us* the right to peacefully assemble.

According to Student Rights And Responsibilities (http://desotoschools.com/Home/school_Info/Student%20Rights%20and%20Responsibilities.pdf); students have the right to " Hear, examine, and express divergent points of view, including freedom of speech, written expression, and symbolic expression," granted that we, "consider and respect the divergent point of view of others," and," Be sure that personal expressions (speech, written, or symbolic) do not infringe on the rights of others." We also have the right to, "assemble peacefully on school grounds," as long as we," assemble peacefully do as not to disrupt the educational process," Also,

DESOTO/CLINE/FUSCO/JONES000210

According to Lambada Legal ("The attorney's office that has dealt with the legal side of DOS)," "Under the Constitution, public schools must respect students' right to free speech. The right to speak includes the right not to speak, as well as the right to wear buttons or T-shirts expressing support for a cause. This does not mean students can say—or not say—anything they want at all times. There are some limits on free speech rights at school. For example, schools have some control over students' speech in the classroom or during other supervised, school-sponsored activities. If a teacher tells a student to answer a question during class, the student generally doesn't have a constitutional right to refuse to answer. Students who want to remain silent during class on the Day of Silence are less likely to encounter problems if they seek permission from their teachers beforehand. However, school officials are NOT allowed to discriminate against you based on your message. In other words, school officials may not censor a student just because they disapprove of the student's ideas because the student's speech makes them uncomfortable or because they want to avoid controversy Outside of the classroom, in areas like hallways and cafeterias, students have a much broader right to free speech. Schools can't censor students unless they use lewd or foul language, promote illegal drug use, harass other students or substantially disrupt the school environment."

Mr. Cline, allowing us to participate in the DOS will do no harm. Our goal is to make students aware of bullying and try to stop it. Here are seven reasons that allowing us the participate in the DOS would be beneficial to you:

1.) Allowing students to participate on April 20th, which coincedentally falls on National Marijuana Appriciation Day, removes the day's theme of drug appriciation and replaces it with a theme of acceptance.
2.) Allowing students to participate will make them more aware of bullying, and also gives a message that _any_ type of bullying is unacceptable.
3.) Allowing students to participate gives members of our community a sense that the administration cares.
4.) Allowing students to participate will give the school a sense of unity.
5.) Allowing students to participate on that day will make classes quieter. We may even be able to deter disruption!
6.) Allowing students to participate gives a chance to spread awareness.
7.) Participants may be a "sounding board," a non-judgemental party for students to relate to and speak out against their antagonists.

Honestly, we aren't asking for much. All that we desire is the cooperation of administration and to be allowed to put up posters. Many of the students who plan to participate will do so, whether administration approves or not. I just want to save myself and my peers from disciplinary action and help our school. Thank you for your time.

Sincerely, Amber Hatcher,
A hopeful student.

DESOTO/CLINE/FUSCO/JONES000211

Beth Littrell/Lambda
04/19/2012 06:27 PM

To  adrian.cline@desoto.k12.fl.us
cc  shannon.fusco@desoto.k12.fl.us
Subject  Day of Silence and allegations of unlawful interference with student speech

Please see attached and below.

Desoto HS.pdf

April 19, 2012

Sent by electronic mail and facsimile transmission
(866) 370-2471
(863) 494-7867
adrian.cline@desoto.k12.fl.us

Adrian H. Cline, Superintendent
Desoto County School District
Post Office Drawer 2000
Arcadia, FL 34266

Re:   Day of Silence and allegations of unlawful interference with student speech

Dear Adrian H. Cline:

We have been advised by several students who seek to participate in Day of Silence activities at Desoto County High School tomorrow, April 20, 2012, that they have been severely hampered by your administration in their efforts to do so. In particular, it is our understanding that students have been informed that they may not distribute materials, wear T-shirts or otherwise participate in the national Day of Silence, which is a day designed to show support for lesbian, gay, bisexual and transgender (LGBT) students. As the oldest and largest national legal organization committed to achieving full recognition of the civil rights of LGBT people and their allies, Lambda Legal has extensive experience with issues related to students' rights, including their right to free speech. We write on behalf of students in your school wishing to participate in Day of Silence, to put the school on notice that failure to allow these students to exercise their right to free speech and equal treatment implicates constitutional violations that can create both individual and institution liability.

Protection of Students Rights to Freedom of Expression
The Supreme Court has long recognized that public school students do not "'shed their constitutional rights to freedom of speech or expression at the schoolhouse gate.'" Under the First Amendment, schools may not restrict student speech merely to avoid controversy or to


EXHIBIT JS
tabbies 6
10-9-13 FUSCO

avoid the "discomfort and unpleasantness that always accompany an unpopular viewpoint." Nor may schools suppress or discriminate against student speech simply because they disapprove of or disagree with the speaker's ideas. The Constitution allows schools to control student speech only in very narrow circumstances, none of which are present here.

With respect to any justifications to censor the pro-gay speech at issue here based on "distraction" or "disruption," the Supreme Court has allowed restrictions on student speech only where school officials have reasonably concluded that the speech will "'materially and substantially disrupt the work and discipline of the school.'" A school may not simply assume, however, that disruptions will occur; rather, the school must justify restrictions on speech by showing facts that reasonably lead it "to forecast substantial disruption of or material interference with school activities." Accordingly, the school may not censor a student simply because it believes that some students or community members hearing the speech will respond in a disruptive manner. If students who oppose the speaker's message disrupt the school, the school must direct its disciplinary measures at those students, not at the speaker. In the words of one federal court, the First Amendment "does not tolerate mob rule by unruly school children."

As the Supreme Court explained, the mere fact that a particular issue may be controversial or politically sensitive does not permit school authorities to censor "silent, passive expression of opinion, unaccompanied by any disorder or disturbance on the part of [the speakers themselves]." In an educational environment, student expression that does not disrupt school activities should be a subject of discussion and debate, not censorship. Indeed, where school officials in a school for grades six through twelve had prohibited students from wearing messages at school such as "Gay? Fine by Me," "I Support My Gay Friends," and "I Support Equal Marriage Rights." the court held that the restrictions violated the Constitution and the federal judged wrote that it was "extraordinary" that the school would ban speech "that is not vulgar, lewd, obscene, plainly offensive, or violent, but which is pure, political, and expresses tolerance, acceptance, fairness and support for . . . a marginalized group [and] for a fellow student."

Nor does the First Amendment allow the school to dilute or alter the student message. In Franklin Central Gay/Straight Alliance v. Franklin Tp. Community School, 2002 WL 32097530, (S.D. Ind. Aug. 30, 2002), an Indiana federal court rejected the school's argument that it could force a GSA to "dilute its message by accommodating others, such as overweight students." The court ruled that forcing the GSA to become a "diversity" club was "not content-neutral. The speaker has the right to tailor his or her own message." Id. (citing Hurley v. Irish-American Gay, Lesbian and Bisexual Group of Boston, 515 U.S. 557, 573 (1995)). With respect to Day of Silence activities, please be advised that while students understand that failure to verbally respond to a school official's question may have an effect on their class participation grade for the day, any aggressive or disproportionate discipline, or questioning that requires verbal responses from students who have communicated their participation in tomorrow's silent protest, may be viewed as chilling a student's speech and/or as unconstitutional retaliation for the exercise of constitutionally protected rights.

Additionally, please be advised that any retaliation aimed at students for exercising their rights with respect to expression on campus or contacting organizations to report interference with their

DESOTO/CLINE/FUSCO/JONES000026

rights will subject the school and school officials to additional liability because the law is clear that school officials may not interfere with students in their pursuit of constitutional rights hinder – through intimidation or otherwise. To be clear, "government action which chills constitutionally protected speech or expression contravenes the First Amendment, " Wolford v. Lasater, and "threats accompanied by a 'chilling effect' that deny or hinder the exercise of a constitutional right have been deemed cognizable." Sterling v. Borough of Minersville 232 F.3d 190 (3rd Cir. 2000) (holding officials liable for threatening to reveal citizen's sexual orientation to family members).

Hopefully, the information contained herein will lead to an immediate resolution of these issues so that no further action will be necessary to ensure that students may participate in Friday's Day of Silence activities without further discrimination or censorship. However, please be advised that we are closely monitoring the situation to ensure that these students rights are not further violated and will be discussing with them the possibility of remedial efforts which may include a federal lawsuit.

Should you wish to discuss this matter, please do not hesitate to contact us directly.

Sincerely,

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

By:

Beth Littrell
Staff Attorney
Lambda Legal
730 Peachtree St., NE, Suite 1070
Atlanta, GA 30308
404-897-1880, ext. 231 | 404-897-1884 fax
blittrell@lambdalegal.org
www.lambdalegal.org

Lambda Legal: Making the Case for Equality

CONFIDENTIALITY NOTICE: This email transmission from Lambda Legal Defense and Education Fund, Inc., and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email or by telephone at 404-897-1880, ext. 231, and destroy the original transmission and its attachments without reading or saving it in any manner.

Lambda Legal: Making the Case for Equality

DESOTO/CLINE/FUSCO/JONES000027

**Fusco, Shannon**

From: Fusco, Shannon
Sent: Friday, April 20, 2012 8:37 AM
To: DHS Teachers; DHS Staff
Subject: protesting

Importance: High

Teachers:
Please note that we have a group of students today who have an intention of protesting. The district has an absolute policy against protesting on school campuses.

If you have students who are wearing placard in protest of an issue or disrupting the hallways or classrooms, please notify the dean or administration, and we will handle it.

If a student refuses to participate in class by taking part in a silent protest, that is considered a disruption. Again, please notify the administration, and we will handle it.

Thank you,
sdf

**Shannon D. Fusco**
Principal, DeSoto High School
"To empower all students to become life-long learners able to compete in today's society."

1



DESOTO/CLINE/FUSCO/JONES000166