UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMBER HATCHER, by and through her
next friend, GREGORY HATCHER,

       Plaintiff,

v.                                 Case No:  2:13-cv-138-FtM-38DNF

DESOTO COUNTY SCHOOL
DISTRICT BOARD OF EDUATION
and ADRIAN CLINE, as
Superintendent of DeSoto County
School District, SHANNON FUSCO,
as DeSoto County High School
Principal, and ERMATINE JONES,
as DeSoto County High School Dean
of Students, in their personal and
official capacities, and their
successors in office,

       Defendants.
_____/

**ORDER**[1]

    This matter comes before the Court on the parties' Joint Motion for a Stay of the

Proceedings to Finalize a Pending Settlement Agreement (Doc. #169) filed on May 29,

2014.  The parties advise that they have tentatively settled this case, and they request

that the Court stay the proceedings until they finalize a settlement agreement.  (Doc. #169

at ¶¶ 1, 4).  As grounds for the Motion, the parties assert that staying this matter will

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

preserve the litigation's status quo to prevent one side from receiving a tactical advantage while settlement arrangements are pending, conserve judicial resources, and avoid unnecessary costs and expenses. (Doc. #169 at ¶ 4). Additionally, the parties maintain that a stay will allow Defendant DeSoto County School District Board of Education the opportunity to comply with their statutory compliance procedures for non-monetary relief, which, in turn, will allow them to finalize a settlement agreement. (Doc. #169 at ¶ 6). Thus, to aid in the final settlement of this case, the Court will grant the parties' Joint Motion for a Stay of the Proceedings to Finalize a Pending Settlement Agreement.

Accordingly, it is now

**ORDERED:**

(1) The parties' Joint Motion for a Stay of the Proceedings to Finalize a Pending Settlement Agreement (Doc. #169) is **GRANTED**. The case is stayed up to and including **July 28, 2014**.

(2) The parties shall file a joint status report, in writing, with the Court every thirty (30) days that informs the Court of the progress of settlement in this case.

(3) The Clerk of the Court is directed to place a stay flag on the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of May, 2014.

*Sheri Polster Chappell*

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record

2